**FILED**

2010 MAR 15 P 3: 35

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF N CALIFORNIA

CV 10 617 SC

DIGBY ADLER GROUP LLC
v.

IMAGE RENT A CAR INC AND VAN RENTAL CO INC
Defendants.

## MOTION FOR ENLARGEMENT OF TIME

## IN WHICH TO FILE RESPONSIVE PLEADINGS OR ANSWER

DEFENDANTS MOVE THIS COURT FOR AN ENLARGEMENT OF 60 DAYS IN WHICH TO FILE ANSWERS OR OTHER RESPONSIVE

PLEADINGS AND AS GROUNDS THEREFORE STATE AS FOLLOWS;

DEFENDANTS ARE BOTH NEW YORK CORPORATIONS WITH NO TIES TO OR BUSINESS PRESENCE IN CALIFORNIA.

THIS CASE PRESENTS COMPLICATED ISSUES OF TRADEMARK LAW, AND IT IS VERY DIFFICULT FOR DEFENDANTS

TO LOCATE, INTERVIEW AND FIND APPROPRIATE COUNSEL FROM NEW YORK TO REPRESENT THEM .

ACCORDINGLY, DEFENDANTS NEED THE ENLARGEMENT OF TIME TO HIRE SUITABLE COUNSEL WHO ARE ALSO ADMITTED TO

PRACTICE BEFORE THIS COURT

WHEREFORE DEFENDANTS MOVE FOR THE ENLARGEMENT OF TIME TO FILE ANSWER OR RESPONSIVE PLEADINGS.

RESPECTFULLY SUBMITTED.


*M. Epstein*

M EPSTEIN

VP

VAN RENTAL INC


IMAGE RENT A CAR INC

S ZILBERMAN

PRES

7193639505


CERTIFICATE OF SERVICE

I hereby certify that on this the 28 day of FEB , 2010 , a true and correct copy of the foregoing document was served upon all counsel of record at his address of record

S ZILBERMN

Imy Kent Alan
341 Empire Blvd
Brooklyn, NY 11225

CV-10-617-SC

7009 2820 0003 7212 8982

US District Court of N. California
450 Golden Gate Ave
San Fransisco CA 94102

9410243661

U.S. POSTAGE PAID
BROOKLYN, NY
11225
MAR 12, '10
AMOUNT
$5.54
00087934-07

94102

UNITED STATES POSTAL SERVICE