UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGBY ADLER GROUP LLC, d/b/a BANDAGO, a California limited liability company,<br><br>           Plaintiff,<br><br>      v.<br><br>IMAGE RENT A CAR, INC., a New York Corporation, and VAN RENTAL CO., INC., a New York Corporation,<br><br>           Defendants. | No. C-10-617 SC<br><br>ORDER DENYING SECOND MOTION TO DISMISS; DENYING MOTION FOR <u>ENLARGEMENT OF TIME</u> |

On March 12, 2010, the Court received a document from Defendants Image Rent A Car, Inc. and Van Rental Company ("Defendants") that appears almost identical to the motion to dismiss previously filed by Defendants on March 4, 2010. <u>See</u> Docket Nos. 8, 10. The only difference between the two documents is that the second contains the correct case number. To the extent that the second document can be construed as another motion to dismiss, the Court DENIES the motion for the reasons stated in the Court's March 9, 2010 Order. <u>See</u> Docket No. 9.

On March 15, 2010, Defendants filed a Motion for Enlargement of Time in Which To File Responsive Pleadings or Answer. Docket No. 11. As explained in the Court's March 9, 2010 Order, corporations may not appear in federal court pro se. For this reason, the Court DENIES the Motion for Enlargement of Time.

1     Defendants are advised that they must retain corporate
2  counsel.  Failure to do so may result in the Court entering
3  default judgment against them.

5     IT IS SO ORDERED.

7     Dated: March 17, 2010

                                        _____
                                        UNITED STATES DISTRICT JUDGE

-2-