**EXHIBIT 1**



| Rental Center | Service Area | Exclusive Specials | Exotic Car Rentals | Cheap Car Rentals | Passenger Van Rentals | Airport Service | Car Sales |

Our Blog | [twitter] | Policies | Service | Why Image | Testimonials | Cheap Van Rentals | Passenger Van Leasing | Travel Guide | Contact | Corporate Programs

Van Rentals > Exotic & Luxury Car Rentals

**Want to find the closest location?** Enter your address:



### John F Kennedy JFK Airport
135-30 140th Street Doubletree Hotel Lobby
Jamaica, NY  11436
Phone:    718-995-3723
Show on Map
Hours and Details

### Crown Heights
391 Empire Blvd
Brooklyn, NY  11225
Phone:    718-771-6666
Show on Map
Hours and Details

### Newark Airport (EWR) New Jersey NJ
We Deliver to Newark Airport
Elizabeth, NJ  07207
Phone:    973-792-0099
Show on Map
Hours and Details

### NY Hamptons
Via Delivery ONLY- Please call to Confirm
East Hampton, NY  11937
Phone:    516-227-2270
Show on Map
Hours and Details

### WE DELIVER to NJ CT PA DC MA VA
DELIVERY Only
Entire New York City Area, NY  10003
Phone:    718-771-4858
Show on Map
Hours and Details

### Fort Lauderdale Airport & Local
2440 West SR 84
Fort Lauderdale, FL  33312
Phone:    305-743-2622
Show on Map
Hours and Details

### FLORIDA - Miami (MIA) Airport
DELIVERY Only
Miami, FL  33172
Phone:    305-537-8147
Show on Map
Hours and Details

### West Palm Beach (PBI) Airport FL
Via Delivery- Please call to Confirm
West Palm Beach, FL  33401
Phone:    305-743-2622
Show on Map
Hours and Details

### Hollywood Florida
4900 Hollywood Blvd
Hollywood, FL  33021
Phone:    954-567-8994
Show on Map
Hours and Details

Image Car Rentals  |  Exotic Car Rental  |  Rent A Car Center  |  New York City Car Rentals  |  Car Rental Locations  |  Van Rentals  |  Policies  |  Deals Specials & Coupons  |  New York Van Rentals
Deutsch  |  Italiano  |  Francais  |  Portugues  |  Espanol



**EXHIBIT 2**

Bandago - 15 Passenger and Dodge Sprinter Van Rental in Chicago, Los Angeles, San Francisco, Portland Oregon, New York, Pennsylvania

Case3:10-cv-00617-SC   Document21-3   Filed05/10/10   Page4 of 9



| Home | Vehicles | Locations | Music Services | Policies | FAQ |

## Locations:

For reservations please call **1-866-TOURVAN**,
or email us at info@bandago.com.

*PLEASE NOTE: We do NOT accept walk-in reservations. Reservations can only be made over the phone prior to picking up your vehicle.*

**Los Angeles**
5811 Willoughby Ave.
Los Angeles, CA, 90038
click here for a map

**San Francisco**
2200 Cesar Chavez #16
San Francisco, CA, 94124
click here for a map

**New York**
23 Terminal Road*
(behind Courtyard Hotel)
Lyndhurst, NJ, 07071
click here for a map

**Chicago**
6601 Mannheim Rd (near Higgins)**
Des Plaines, IL, 60018
click here for a map

**Portland**
4835 NE 107th #41
Portland, OR, 97220
click here for a map

**Nashville**
2632 Grandview Ave
Nashville, TN 37211
click here for a map

\* From our office in Newark, NJ we can easily service the New York tri-state area. It is also fairly easy for us to get to most points on the East Coast.

\*\* Please note our actual address in Chicago is 2985 Manheim Rd, Des Plaines, IL, but Google Maps, and most GPS units get the location marker wrong. To avoid confusion we list the address that will get you to our location using GPS or Google Maps. If traveling by Taxi please direct them to the Manheim & Higgins intersection, we are across the street from the Holiday Inn Express on the North side of Higgins.

Have a tight schedule? Don't worry about coming to us: we will deliver the van right to your doorstep (note: there are delivery fees depending on distance, travel time, and length of rental)

### HOURS:
**Reservations:**
Mon-Fri - 9am - 5pm PST

For Reservations please call **1-866-TOURVAN**, or email us at
info@bandago.com
*PLEASE NOTE: We do NOT accept walk-in reservations. Reservations can only be made over the phone prior to picking up your vehicle.*

If you have an urgent need for a vehicle during the weekend or after hours, and our reservation office is closed, please email us. We monitor our emails regularly, and if we can help you we will get back to you promptly.

**Pickup and return appointments may be made for the following hours:**
Mon-Fri - 9am - 5pm
Saturday - 10am - 2pm
Sundays - Closed

Pickups and drop offs are by appointment only, as our location staff are often out performing deliveries, and scheduled maintenance, so to insure a smooth pickup please arrive at the appointed time on your reservation.

Bandago - 15 Passenger and Dodge Sprinter Van Rental in Chicago, Los Angeles, San Francisco, Portland Oregon, New York, Pennsylvania

Case3:10-cv-00617-SC   Document21-3   Filed05/10/10   Page5 of 9

## Other Information:

**One Way Rentals:**
Yes we do allow one way rentals between our locations and just about anywhere in the US or Canada. Please call for quotes, as rates vary frequently.

**Offsite Deliveries/Pickups:**
We will deliver (or pickup) to or from anywhere in the United States. Please call us to discuss delivery fees.

**Late night drop offs:**
We can occasionally make arrangements for late night drop offs if we are given advance notice (priority is given to long term rentals), but pickups and deliveries must be made during business hours.

**Client Vehicle Parking**
Unfortunately we cannot store your vehicle while you rent ours. All of our locations have both street and garage parking nearby.

**Music Equipment storage:**
Need someplace to store your gear while you are not on tour? We have very reasonable music equipment storage rates. Please call us to discuss.

**Nationwide Roadside Assistance:**
24 hours / 7 days a week / 365 days a year

[Home](#) | [Locations](#) | [Backline Rentals](#) | [Policies](#) | [FAQ](#)

Toll Free: (866) 868-7826 | Outside US: (415) 401-7659 | fax: (415) 401-7347

**EXHIBIT 3**

Bandago - 15 Passenger and Dodge Sprinter Van Rental in Chicago, Los Angeles, San Francisco, Portland Oregon, New York, Pennsylvania

Case3:10-cv-00617-SC   Document21-3   Filed05/10/10   Page7 of 9



|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Home | Vehicles | Locations | Music Services | Policies | FAQ |

# Bandago Van Rentals 1-866-TOURVAN



## Instant Quote

Start Date (mm/dd/yyyy):

Start City:
  Starting Location

* delivery charges apply to offsite locations

End Date (mm/dd/yyyy):

End City:
  Ending Location

* delivery charges apply to offsite locations

## FREE WI-FI now standard with all of our Sprinter rentals!!

### FORD 15 PASSENGER



**Seats:** 15
**Fuel:** 13-15 MPG
**Type:** Gasoline

To read more about this van click [here](#)

### DODGE SPRINTER



**Seats:** 9 + cargo
**Fuel:** 20-25 MPG
**Type:** Diesel

To read more about this van click [here](#)

We also do music equipment rentals for musicians. For more information [click here](#)

## Vans Big Enough For Your Group

Are you planning a tour or long trip for your group? Need a van that is big enough and comfortable enough for an extended travel period? Would you like to be able to carry both equipment and passengers all in one vehicle, or maybe even tow a trailer or boat? Bandago Van Rentals rents unique vans custom designed for long term use. Perfect for touring bands, musicians, mobile marketing events, film and TV production, company retreats, churches, family vacations, and more, our vans offer a wide variety of features that cannot be found anywhere else, at a price that is unmatched. Use our vans anywhere in the U.S. or Canada, we do not restrict you to a single state like many rental companies.

## News

*May 5th, 2010*
Nashville has been declared a disaster area by the president, many homes are under water. We are in a water conservation emergency. You can help by texting 'redcross' to 90999 for a donation of $10.

*April 6th, 2010*
We have a used Sprinter up for sale [on eBay](#) (click on the link to view the auctions).

*March 9th, 2010*
Going to SXSW? Come attend our panel on [green touring](#) that Bandago founder Sharky Laguana will be moderating.

*February 5th, 2010*
Offering BIG specials on one way rentals from SF and LA to our east coast location in NJ. If you are planning a bi-coastal one

Bandago - 15 Passenger and Dodge Sprinter Van Rental in Chicago, Los Angeles, San Francisco, Portland Oregon, New York, Pennsylvania

Case3:10-cv-00617-SC   Document21-3   Filed05/10/10   Page8 of 9

## Better Then The Average Van!

All of our vans come equipped with a large LCD video screen, DVD player, Video game system (video game library included!), iPod Support, Remote Entry, Tinted Windows, Cruise Control, Power Locks, Power Windows, Power Mirrors, and more. And for a small additional fee we can provide you with a GPS system.



Our late model Ford Econoline E350 XLT extended 15 Passenger vans are built for power and reliability. Every van is outfitted with a tow hitch for towing trailers (yes, we allow you to tow trailers!). Like all of our vans, video screens and game systems are standard with every rental.



Our Dodge Sprinters are the epitome of European class and comfort with a high roof that gives you enough room to stand up in, captain's chairs and a bench seat providing seating for up to 9 people (we do have some models that can accomodate 12 people), amazing fuel economy (as high as 25 MPG!), and a dedicated cargo hold that is completely walled off and separate from the passenger cabin area for added security and safety. Free WI-FI and an X-box 360 game system comes standard with every Sprinter rental. For more information on our vans please visit our vehicle information page.

## At A Location Near You

With locations in Chicago, Los Angeles, Nashville, Newark NJ, Portland OR, and San Francisco, we got a pretty good shot at having a location already near you. But no matter where you are in the United States we can bring the van to your doorstep if needed! Schedule permitting, we will deliver or pick up from anywhere in the US (Please note delievery fees apply). For more information please visit our FAQ page.

## Corporate Rentals



Bandago is ideally suited to provide vehicles for long term corporate rentals and mobile marketing events. We can customize a vehicle to meet your needs from interior to exterior, and can quickly and efficiently get your vehicle wrapping done at the lowest possible cost. Whether you need a fully outfitted van with satellite system (like we did for CareerBuilder.com on the left), or just a cargo van with the ability to make the modifications you need, we can accomodate your budget and your vision, and make your project a sucess.
If you work for a marketing agency that specializes in mobile marketing, please feel free to contact us. We would love to hear from you, and will work hard to earn your business.

For more information on renting a Ford Econoline 15 passenger van or Dodge Sprinter

*way rental you should definitely give us a call!!*

*January 14th, 2010*
Help in Haiti: text "HAITI" to 90999 to donate $10 to the Red Cross.

*January 1st, 2010*
Opening the decade with a bang, we are eliminating WI-FI charges for our Sprinters. Yes you are reading that right, if you rent a Sprinter from us, Internet is included FREE OF CHARGE.

*December 10th, 2009*
Bandago Founder Sharky Laguana will be moderating a panel at SXSW 2010 entitled "Green Touring: Stupid, Dumb, or Best Idea Ever? "

*November 17th, 2009*
We are offering special deals on one-way rentals from anywhere to Chicago. If you are considering a one way to Chicago, please call us at 1-866-TOURVAN and we'll fill you in on the details.

*March 23rd, 2009*
We are offering special deals on one-way rentals from the West coast to the East coast. If you are considering a one way to the East coast, please call us at 1-866-TOURVAN and we'll fill you in on the details.

*March 1st, 2009*
At this point nearly all of our Sprinter fleet are equipped with WI-FI. If you renting a Sprinter and are interested in having internet available during your tour just let us know!

*September 22nd, 2008*
We have one Ford 15 passenger van currently up for sale, and have several more on the way including some Dodge Sprinters. If you are in the market for a well cared for used van, please contact us 1-866-TOURVAN.

*March 15th, 2008*

Bandago - 15 Passenger and Dodge Sprinter Van Rental in Chicago, Los Angeles, San Francisco, Portland Oregon, New York, Pennsylvania

van in Chicago, Los Angeles, Nashville, San Francisco, Portland, OR, or Newark NJ (ten minutes from the Lincoln Tunnel in NYC) please call 1-866-TOURVAN or email us at info@bandago.com


May
**10**
2010

**On Tour With Bandago Tonight:**
Park Lane

By popular demand we are once again making our "True Cost Of Van Ownership" spreadsheet available to the touring musician community. This can be a great tool for a band in determining if it makes more sense to buy or rent a van for their tours. Plug in your own numbers and see what makes the most sense for you!

*June 18th, 2007*
We have launched our carbon neutral initiative. Go here to learn more about it.

*June 1st, 2007*
We have started a trial program for mobile broadband internet routers. Want to browse the web while traveling? We can make it happen! Ask us about our internet plan.

*May 24th, 2007*
The new Sprinters are starting to enter our fleet. Prepare to be blown away!

*May 15th, 2007*
We got a nice article in the Seattle Stranger about our company. Click here to check it out.

Home | Locations | Backline Rentals | Policies | FAQ

Toll Free: (866) 868-7826 | Outside US: (415) 401-7659 | fax: (415) 401-7347