**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DIGBY ADLER GROUP LLC** d/b/a **BANDAGO**, a California limited liability Company,

Plaintiff,

vs.

**IMAGE RENT A CAR, INC.**, *a New York* **Corporation, and VAN RENTAL CO., INC., a NEW YORK corporation,**

Defendants.

Case No. 3:10-cv-00617-SC

**DECLERATION OF GAD SEBAG IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT OR ALTERNATIVELY TRANSFER VENUE TO THE EASTERN DISTRICT OF NEW YORK**

I submit this declaration in support of Defendants' "Motion to Dismiss the Complaint or Alternatively to Transfer Venue to the Eastern District of New York."

I Gad Sebag am the CEO of Image Rent A Car, Inc., ("Image") and Van Rental Co., ("Van") .

Image is a New York domestic business corporation organized and existing under the laws of New York, incorporated on or about October 29, 2004, with its principal place of business at 391 Empire Blvd., Brooklyn, New York.

Image is also a foreign profit corporation authorized to business in the State of New Jersey from about June 3, 2009 and Image is a foreign profit corporation authorized to business in the State of Florida from about January 11, 2010.

Image's principle business is car and van rentals. Image mainly conducts business in the state of New York.

Moreover, Image only has offices in the States of New York and Florida. Image did have an office in the State of New Jersey from March of 2009 until January of 2010. However, the office was closed in January of 2010.

Image now does business in the State of New Jersey solely by delivering rentals to that State.

Additionally, Image delivers rentals to Connecticut, Pennsylvania, Maryland, Washington D.C., and Virginia.

Image has never conducted business in the state of California. Image has never entered into a contract with any entity in the State of California. Image has no presence, office, employees, phone line, bank account or mailing address, in the State of California.

The employees of Image's New York offices all reside in New York and mostly in the Eastern District of New York.

The Florida employees have never worked with Van and or bandago.net.

Van is a New York domestic business corporation organized and existing under the laws of New York, incorporated on or about July 19, 2007, with its principal place of business at 391 Empire Blvd., Brooklyn, New York.

Van has never conducted business in the state of California. Van has never entered into a contract with any entity in the State of California. Van has no presence, office, employees, phone line, bank account or mailing address, in the State of California.

Van has no employees and or officers that reside outside of the Eastern District of New York.

Van operated the website Bandago.net. (the "Website') The Website directed viewers to the website of Image. However, the Website did not direct or encourage residents of the State of California to do business any business with Van or Image.

Moreover, Image did not expect or intend to encourage residents of the state of California to rent its vehicles from California. Additionally, such an expectation would be fiscally unsound and logistically impracticable.

Admittedly, the Website directed viewers to the website of Image. However, as discussed at length above, Image has its principal place of business in the State of New York does business in New York, Florida and New Jersey, and delivers vehicles to Connecticut, Pennsylvania, Maryland, Washington D.C., and Virginia. However, Image does not do business in any other state.

Attached to my attorneys Declaration as **Exhibit "1."** is a copy of a page from the website of Image "imagerentacar.com" which evidences the fact that Image has offices in the State of New York and Florida and delivers vehicles to New Jersey, Connecticut, Pennsylvania, Maryland, Washington D.C., and Virginia.

Moreover, the above page from the website "imagerentacar.com" is the identical to the website which viewers were directed to when they went to the Website of Van.

Plaintiff's allegation that Defendants rented vans or cars in the State of California or directed business from residents of California over twenty five hundred miles away is not only wrong but simply implausible.

Finally, Plaintiff alleges to have served Image and Van upon an agent "Connie Grey". However, Connie Grey is not an agent authorized to accept service on behalf of Image and Van.

Moreover, Image and Van never received the Summons and Complaint by personal service or service upon an agent authorized to accept same and that is one of the reasons that Defendants were required to submit the prior motions seeking additional time to respond to the Complaint.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 10, 2010.

Dated: Brooklyn, NY
May 10, 2010

Image Rent A Car Inc., and Van Rental Inc.

/s/ Gad Sebag

By: Gad Sebag, CEO