**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Cal. Bar No. 226112)
Jeffrey M. Rosenfeld (Cal. Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Plaintiff Digby Adler Group LLC
*dba* Bandago

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIGBY ADLER GROUP LLC *DBA* BANDAGO**<br><br>Plaintiff,<br><br>vs.<br><br>**IMAGE RENT A CAR, INC., VAN RENTAL CO., INC.,**<br><br>Defendants. | Case No. 3:10-cv-00617-SC<br><br>**DECLARATION OF ANDREW MOORE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE TO TRANSFER VENUE**<br><br>DATE: June 16, 2010<br>TIME: 10:00 a.m.<br>CTRM: 1, 17th Floor<br>JUDGE: The Hon. Samuel Conti |

I, Andrew Moore, declare as follows:

1. I am a Call Center Representative for Digby Adler Group LLC *dba* Bandago ("Bandago"). Unless otherwise stated, I have personal knowledge of the matters stated herein.

2. As a Call Center Representative at Bandago, I handle direct interactions with consumers, including assisting with reservations and responding to consumer inquiries.

3. I reside in Northern California, and I am prepared to testify in this action, including as to consumer confusion resulting from Defendants' registration and use of the <www.bandago.net> domain name.

4. During 2008 and 2009, Bandago received several inquiries from California consumers regarding the relationship between Bandago on the one hand and the domain name <www.bandago.net>, the website associated with that domain name, and Image Rent A Car, Inc. and Van Rental Co., Inc on the other hand.

5. As limited examples only:

- A consumer called Bandago and asked me "why was I just told you were sold out when I called earlier?"
- A consumer called Bandago and told me: that he had called the number listed on the website associated with <www.bandago.net>; that the consumer had asked the representative if he had reached "Bandago"; and the representative answered, "yes, we rent Sprinter vans."
- A consumer called Bandago and asked me, "Is this Image?" When I told the consumer no, that it was Bandago, the consumer replied, "good, I can tell they have a few different portals and I don't like the way they seem to do business."

6. During this time period, I discussed these incidents of consumer confusion—and other similar incidents—with other Bandago employees who had witnessed similar incidents of consumer confusion, including Sharky Laguana, Guy

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

Case No. 3:10-cv-00617-SC   1   A. MOORE DECL. IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Higbey, Keeley Pederson, and Rachel Lastimosa.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on May 25, 2010, in San Francisco, California.

                                                             s/ Andrew Moore

                                                             Andrew Moore

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the General Order No. 45, section 45 X(B), for The United States District Court for the Northern District of California, I, Karl S. Kronenberger, hereby attest that the concurrence to the filing of this DECLARATION OF ANDREW MOORE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE TO TRANSFER VENUE has been obtained from Andrew Moore who has provided the conformed signature above.