**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Cal. Bar No. 226112)
Jeffrey M. Rosenfeld (Cal. Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Plaintiff Digby Adler Group LLC
*dba* Bandago

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIGBY ADLER GROUP LLC *DBA* BANDAGO**<br><br>Plaintiff,<br><br>vs.<br><br>**IMAGE RENT A CAR, INC., VAN RENTAL CO., INC.,**<br><br>Defendants. | Case No. 3:10-cv-00617-SC<br><br>**DECLARATION OF KEELEY PEDERSON IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE TO TRANSFER VENUE**<br><br>DATE:     June 16, 2010<br>TIME:     10:00 a.m.<br>CTRM:    1, 17th Floor<br>JUDGE:   The Hon. Samuel Conti |

Case No. 3:10-cv-00617-SC     **K. PEDERSON DECL. IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

I, Keeley Pederson, declare as follows:

1. I am the Call Center Manager of Digby Adler Group LLC *dba* Bandago ("Bandago"). Unless otherwise stated, I have personal knowledge of the matters stated herein.

2. As the Call Center Manager for Bandago, I oversee the day-to-day operations of the call center, including addressing consumer inquiries.

3. I reside in Northern California, and I am prepared to testify in this action, including as to Bandago's adoption of the BANDAGO mark, Defendants' registration and use of the <www.bandago.net> domain name, and consumer confusion resulting from Defendants' conduct.

4. During 2008 and 2009, Bandago received several inquiries from California consumers regarding the relationship between Bandago on the one hand and the domain name <www.bandago.net>, the website associated with that domain name, and Image Rent A Car, Inc. and Van Rental Co., Inc on the other hand.

5. During this time period, I discussed these incidents of consumer confusion with other Bandago employees who had witnessed similar incidents of consumer confusion, including Sharky Laguana, Guy Higbey, Andrew Moore, and Rachel Lastimosa.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on May 25, 2010, in San Francisco, California.

                                                  s/ Keeley Pederson

                                                  Keeley Pederson

| | |
|---|---|
| 1 | **ATTESTATION OF CONCURRENCE IN FILING** |

2 Pursuant to the General Order No. 45, section 45 X(B), for The United States District
3 Court for the Northern District of California, I, Karl S. Kronenberger, hereby attest that the
4 concurrence to the filing of this DECLARATION OF KEELEY PEDERSON IN
5 OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE
6 TO TRANSFER VENUE has been obtained from Keeley Pederson who has provided the
7 conformed signature above.

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com