UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Digby Adler Group LLC

                Plaintiff(s),

     v.

Image Rent a Car, Inc., et al.

                Defendant(s).
_____/

Case No. C 10-00617-SC

ADR CERTIFICATION BY PARTIES AND COUNSEL

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

     **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 5/27/2010

                                                      s/ Sharky Laguana
                                                      [Party] CEO of Plaintiff Digby Adler Group, LLC

Dated: 5/27/2010

                                                      s/ Karl S. Kronenberger
                                                      [Counsel]

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to the General Order No. 45, section 45 X(B), for The United States District Court for the Northern District of California, I, Karl S. Kronenberger, hereby attest that the concurrence to the filing of this ADR CERTIFICATION BY PARTIES AND COUNSEL has been obtained from Sharky Laguana who has provided the conformed signature above.