1

2  **LEVI HUEBNER & ASSOCIATES, PC**
Levi Huebner (*pro hac vice*) (NY Bar No. 3029725)

3  478 Malbone Street, Suite 100
Brooklyn, NY 11225

4  Telephone: (212) 354-5555
Facsimile: (347) 350-8789

5  E-Mail: Newyorklawyer@msn.com

6  and

7  **DUANE & SELTZER, LLP**
Dick Duane, Esq. (Bar No. 37889)
2000 Center Street, Suite 300

8  Berkeley, CA 94704
Phone: (510) 841-8575

9  Facsimile: (510) 845-3016
E-Mail: Dickduane2004@yahoo.com

10

11  Attorneys for Defendants
IMAGE RENT A CAR INC. and VAN RENTAL CO., INC.

12

13  **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

14

15  **DIGBY ADLER GROUP LLC** d/b/a                    Case No. 3:10-cv-00617-SC
**BANDAGO**, a California limited liability

16  Company,

17  Plaintiff,

18  vs.

19  **IMAGE RENT A CAR, INC.**, *a New York*
Corporation, and **VAN RENTAL CO.,**
**INC.,** a NEW YORK corporation,

20  Defendants.

21

22

23  **DEFENDANTS' MEMORANDUM IN FURTHER SUPPORT OF ITS MOTION**
**SEEKING TO DISMISS FOR LACK OF JURISDICTION, IMPROPER VENUE AND**
**INSUFFICIENT SERVICE OF PROCESS OR, IN THE ALTERNATIVE, TO**

24  **TRANSFER VENUE TO THE EASTERN DISTRICT OF NEW YORK PURSUANT TO**
**28 U.S.C. § 1404**

25

26  The unctuous claims of Plaintiff DIGBY ADLER GROUP LLC., ("Digby") are as empty

27  as its vacuous opposition to the motion of Defendants IMAGE RENT A CAR, INC.,

28  ("Image") and VAN RENTAL CO., INC., ("Van").

Digby is an interloping usurper attempting to quash the rights of a small business by employing costly litigation and argument based on smoke and mirrors. Digby alleges that Image and Van do business in California without providing any evidentiary showing to support their allegation.

## DIGBY HAS FAILED TO PRESENT ANY EVIDNCE INICATING THAT THIS COURT HAS JURISDICTION OVER IMAGE AND VAN

Digby has employed the use of smoke and mirrors by submitting 155 pages of exhibits and sophistry in at best misleading allegations that this Court has jurisdiction over Image and Van. However, Digby has failed to produce a single piece of evidence indicating that this Court has jurisdiction over Image and Van.

Of the 155 pages of exhibits attached to Digby's opposition only 4 quotes allude to Image as doing business in this district. See Exhibits "A," "C," "F" and "G" referred to in the the Declaration of Jeffrey M. Rosenfeld, dated May 26, 2010 attaching images from the website of Image imagerentacar.com (the "Image-Website"). Exhibit "A" is a page from the Image-Website wherein buried in the text after "we deliver conversion van rentals" are the names of the following locations: Sandiego, San Jose, Los Angeles, California, Sacramento, Oakland, Santa Ana, Riverside, Bakersfield, Stockton, Glendale, Irving, and Huntington Beach. Admittedly the names of those cities may be attributed to the State of California. However, Image has never delivered a vehicle to California and while producing the page for the Image-Website the foregoing cities were erroneously added. (See Declaration of Shneior Zilberman). Exhibit "C" contains a page which erroneously contains the following language: "Image Van Rentals has been serving the San Diego area . . . for decades." However, the mention of San Diego is obviously erroneous because Image has never serviced San Diego or any other city in California. Exhibit "F" is a page wherein the following language appears: "Hybrid locations: Throughout

California." However, a closer examination of the page evidences the fact that that language is a quote from an article by Chris Brown the editor of Auto Rental News who is discussing the use of Hybrids. Moreover, Digby by its own admission only rents vans and not passenger cars or hybrids. Attached to Digby's opposition as Exhibit "G" is a page which merely states "California Vans". The page does not say that Image does any business or performs and service activity in California. (See Declaration of Shneior Zilberman).

Thus, out of the not less than two thousand seven hundred ninety pages of the Image-Website Digby is only able to find the 4 quotes from 4 pages alluding to Image (albeit erroneously) as doing business in California. (See Declaration of Shneior Zilberman).

Attached to the opposition of Digby as Exhibits "J" and "K" are pages from the Image-Website. Those pages refer to car rentals. However, none of the Declerants provide any indicia that Digby is in the car rental business. Furthermore, the foregoing pages only are testimonials of customers who came from California and rented vehicles on the Eastern Seaboard. (See Declaration of Shneior Zilberman).

Attached to Digby's opposition as Exhibits "B," "D," "E," "H," "I," are merely references to renting vans which may be used or have been used to travel to California. (See Declaration of Shneior Zilberman).

Exhibit "O" and "P" of Digby's opposition are merely passive advertisements of Image which provide no evidence of Image doing business in the state of California.

Attached as Exhibit "M" to Digby's opposition is a page in which Digby alleges evidences that a customer may create a reservation from California. However, Digby has not provided any evidence of a Resident of California renting a vehicle from Image from California. Moreover, even if a resident of California could rent a vehicle from Image the vehicle would not be delivered to them in California. Moreover, they would only be able to execute a Contract and pick up a vehicle when they presented their identification at a location of Image located within

the Eastern Seaboard twenty five hundred miles from California. (See Declaration of Shneior Zilberman).

Finally, attached to Digby's opposition as Exhibit "Q" and "R" are pages elatedly evidencing the fact that Facebok, Inc. and Twitter, Inc. are California Companies. However, Image never entered into a contract with Facebok, Inc. and Twitter, Inc., and same simply does not confer Jurisdiction on Image and Van.

Due to the foregoing the propositions of law cited by Plaintiff are inapposite to Plaintiff's contention and merely support Defendants' postion that Jurisdiction does not lie in this District.

## THE VACOUS DECLERATIONS OF PLAINTIFF FAIL TO SUPPORT PLAITIFFS CONTENTIONS

In support of its opposition, Digby submits the meager Declarations of Sharky Laguana, the CEO of Digby (the "CEO") Guy Higbey, the General Manager of Digby (the "General"), Andrew Moore, the Call Center Representative of Digby (the "Call Rep"), Keeley Pederson, the Call Center Manager of Digby (the "Manager") and Jeffrey M. Rosenfeld the associate of counsel for Digby (the Associate).

However, interestingly, the foregoing declarations of the CEO, the General, the Call Rep, the Manager and the Associate all fail to state what kind of business Digby is engaged in. Moreover, they don't say that digby rents vans or cars or anything for that matter. In fact one could very well assume that Digby is a shell company in the business of creating bogus law suits in order to generate income. (Collectively the "Declerants")

In fact Declerants do not even allege that Digby is the owner of the Bandago trademark prior to 2008. Thus, as such they have not shown evidence that they Digby had a right in trademark prior to Defendants. As such they cannot rightfully claim that Van or Image is in violation of the Lanham Act or that Defendants have committed any trademark infringement

upon Plaintiff.

## DIGBY ADMITS THAT JURISDICTION LIES IN THE EASTERN DISTRICT OF NEW YORK

Essentially Digby admits that jurisdiction lies within the Eastern District of New York. Digby's opposition is more important for what it does not say: Digby does not deny that it does business in the Eastern District of New York or that jurisdiction lies in the Eastern District of New York.

Digby has failed to provide any indicia that this Court has Jurisdiction over Image and Van. Moreover, Image and Van have never directed any activities or advertising at residents of California. Even if the Court did have jurisdiction over Defendants, the appropriate venue does not lie in the Northern District of California. At a minimum, this matter should be transferred to the Eastern District of New York because every factor to be considered weighs heavily in favor of a transfer:

- Defendants' sales are in the Eastern District of New York

- All of Defendants witnesses reside in the Eastern District of New York

- The principal of Defendants, resides in the Eastern District of New York

- Defendants are incorporated and licensed to do business in New York

- Plaintiff advertises and does business in New York

- Plaintiff is incorporated and licensed to do business in New Jersey

## THE BANDAGO WEBSITE WAS A PASSIVE WEBSITE AND SAME DOES NOT CONFER JURISDICTION ON VAN

In *Pebble Beach Co. v. Caddy*, 453 F. 3d 1151, 1157 (9th Cir. 2006) the court held that when a "website advertiser does nothing other than register a domain name and post an essentially 'passive website' and nothing else is done 'to encourage residents of the forum state,'

MEMORANDUM OF LAW IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR ALTERTNATVELY TRANSFER VENUE TO THE EASTERN DISTRICT OF NEW YORK- Case No. 3:10-cv-00617-SC                    5

there is no personal jurisdiction." See *Rio Properties, Inc. v. Rio Int'l Interlink,* 284 F.3d 1007, 1020 (9th Cir.2000), citing *Cybersell, Inc. v. Cybersell, Inc.,* 130 F.3d 414, 418-20 (9th Cir.1997).

Digby has failed to provide any evidence indicating that Bandago.net was anything other than a passive website. As such this court does not have jurisdiction over Van.

## IMAGE AND VAN HAVE PRODUCED NON-PARTY WITNESSES WHO HAVE INDICATED IN DETAIL ABOUT THE TESTIMONY THEY WILL GIVE

Shneior Zilberman and Chanie Vilenkin non-party witnesses have provided in detail their location and their testimony and its relevance. Furthermore, Menachem Sneerson, Chaim Lifsch, Rachamim Chudaitov and Moshe Gotlieb all Brooklyn residents and non-party witnesses and residents of Brooklyn have informed Shneior Zilberman that they will testify regarding the within matter.

## CONCLUSION

Based upon the forgoing, Defendants respectfully request that this Court dismiss this action for lack of personal jurisdiction and/or lack of venue. In the alternative, Defendants request that the facts clearly establish that the present matter should not be heard by this Court. (See Declaration of Shneior Zilberman and Chanie Vilenkin).

DATED: Brooklyn, NY
June 2, 2010

Levi Huebner & Associates, P.C.

/s/ Levi Huebner

By:_____

Levi Huebner

MEMORANDUM OF LAW IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR ALTERTNATVELY TRANSFER VENUE TO THE EASTERN DISTRICT OF NEW YORK- Case No. 3:10-cv-00617-SC                                                          6

Attorneys for Defendants
IMAGE RENT A CAR, INC.,
and VAN RENTAL CO., INC.

Certificate of Service

The undersigned certifies that on June 2, 2010 a true and correct copy of the foregoing Memorandum of Law In Further Support of Defendants' Motion with Exhibits and the attached Declaration of Shneior Zilberman and the Declaration of Chanie Vilenkin were filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: Brooklyn, NY
June 2, 2010

/s/ Levi Huebner

By:_____

**EXHIBIT 1**

Web | Images | Videos | Maps | News | Shopping | Gmail | more ▼          Web History | Search settings | Sign in



About 2,790 results (0.27 seconds)          Advanced search


**Everything**

▼ More

▼ Show search tools

### IMAGE RENT-A-CAR | LUXURY Cars and 12-15 Passenger Van Rentals
Dec 1, 2009 … IMAGE Rent A Car an Exotic Car Rental in New York NJ CT and Florida &
10-12-15 Passenger Van Rental - Discount car rentals & Luxury Car …
www.imagerentacar.com/ - Cached - Similar

### IMAGE Rent A Car | Luxury Cars | Luxury Vans + 12-15 Passenger Van …
IMAGE Rent A Car Luxury Car Rentals LUXURY Van Rentals and 15 Passenger Vans For
Rent. Perfect Corporate Solution For Groups and Celebrity Travelers.
www.imagerentacar.com/blog/ - Cached - Similar

### Image Rent-A-Car :: Rates and Reservations
Exotic Car Rental Center Service Area Exclusive Specials Exotic Car Rentals Cheap Car
Rentals Passenger Van Rentals Airport Van Service Used Van Sales …
reservations.imagerentacar.com/ - Cached - Similar

### Connecticut Bentley GTC Convertible Rentals | IMAGE Rental Cars
Connecticut Luxury Rental Cars Bentley GTC Rentals at Connecticut Luxury Car Rentals
and the NEW Bentley GTC Convertible Rentals delivered in Connecticut, …
www.imagerentacar.com/BENTLEY_GTC_Rentals_West_Palm_Beach.html - Cached

### Porsche Rentals MIAMI FLORIDA | IMAGE Exotic Car Rental Florida
MIAMI Luxury Car Rentals and the NEW Porsche Carrera Convertible delivered in Miami,
Fort Lauderdale, Orlando, Tampa, Boca Raton, Palm Beach, Orlando, …
www.imagerentacar.com/PORSCHE_Rentals_Miami.html - Cached

### Rent Mercedes Benz in NYC - Manhattan Mercedes S550 Rentals 2011
Rent Mercedes Benz in NYC - Manhattan Mercedes S550 Rentals 2011 - Mercedes Benz
Rentals by IMAGE Rent the Luxury Car Rental Mercedes S550 2009 in NYC Miami …
www.imagerentacar.com/Rent_Mercedes_NYC.html - Cached

### Mercedes Benz Rentals | IMAGE Exotic Car Rental New York Florida
Mercedes Benz Rentals by IMAGE Rent the Luxury Car Rental Mercedes S550 2009 in
NYC Miami Florida NJ CT DC Boston MA, Philly PA and beyond New York Luxury …
www.imagerentacar.com/MERCEDES_BENZ_S550_Rentals.html - Cached - Similar

### Rent the 2009 Toyota Camry Rentals with IMAGE RENT A CAR
2009 Toyota Camry Rentals and Luxury Vans from IMAGE RENT A Car in Brooklyn New
York, Park Slope, JFK Newark and Lagurdai Airports, Miami and Orlando Ft …
www.imagerentacar.com/Toyota_Camry_Car_Rentals.html - Cached

### IMAGE - Exotic Car Rental New Jersey Cadillac Escalade Rentals …
IMAGE - New Jersey Exotic Car Rental LUXURY CARS in New Jersey by IMAGE Luxury
Car Rentals and Cadillac Escalade Rentals delivered in Connecticut, …
www.imagerentacar.com/CADILLAC_ESCALADE_Rentals_New_Jersey.html -
Cached - Similar

### Luxury Van Rentals by Image Rent-A-Car Delivered to Boston MA
Boston Van Rentals and Luxury Van Rentals delivered in NYC, NJ CT DC exotic car by
IMAGE Exotic Car Rental and Luxury Car Rentals, exotic car rentals …
www.imagerentacar.com/LUXURY_VAN_Rentals_Boston.html - Cached



**1** 2 3 4 5 6 7 8 9 10   **Next**

Search within results        Search Help
Give us feedback

Google Home     Advertising Programs      Business Solutions      Privacy     About Google