ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

Writer's Direct Contact:
(415) 522-2032
sheila_devereaux@cand.uscourts.gov

## ADR Phone Conference Scheduling Notice

DATE:     June 15, 2010

TO:       Counsel of Record

FROM:     Sheila Devereaux
          ADR Program Administrative Assistant

RE:       **Case 10-0617 SC Digby Adler Group LLC v. Image Rent A Car, Inc. et al**

   The ADR Phone Conference call has been rescheduled for **Wednesday, June 23, 2010 at 2:30 p.m. Pacific Time.**  Please take note that at the appointed time, all parties shall call the following number and use the access code to join the call:

   **Dail-in Number:**   641-715-3200
   **Access Code:**      1007836

   Please contact me with any scheduling concerns at (415) 522-2032, or email sheila_devereaux@cand.uscourts.gov.  Thank you for your attention to this matter.