**LEVI HUEBNER & ASSOCIATES, PC**
Levi Huebner (*pro hac vice*) (NY Bar No. 3029725)
478 Malbone Street, Suite 100
Brooklyn, NY 11225
Telephone:     (212) 354-5555
Facsimile:     (347) 350-8789
E-Mail:        Newyorklawyer@msn.com

and

**DUANE & SELTZER, LLP**
Dick Duane, Esq. (Bar No. 37889)
2000 Center Street, Suite 300
Berkeley, CA  94704
Phone:        (510) 841-8575
Facsimile:    (510) 845-3016
E-Mail:       Dickduane2004@yahoo.com

Attorneys for Defendants
IMAGE RENT A CAR INC. and VAN RENTAL CO., INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIGBY ADLER GROUP LLC** d/b/a **BANDAGO**, a California limited liability Company,<br><br>              Plaintiff,<br><br>       vs.<br><br>**IMAGE RENT A CAR, INC.**, *a New York* Corporation, and **VAN RENTAL CO., INC.**, a NEW YORK corporation,<br><br>              Defendants. | Case No. 3:10-cv-00617-SC<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**, Notice

is hereby given that Defendants' IMAGE RENT A CAR INC. and VAN RENTAL CO.,

INC., hereby appeal to the United States Court of Appeal for the Ninth Circuit from

and order of the district court, entered on this case on July 20, 2010, denying

Defendants' motion to dismiss for lack of jurisdiction, improper venue and for

insufficient service of process pursuant to Fed. R. Civ. P. 12(b)(3) and 28 U.S.C.

§§ 1391(b) & 1406(a), or in the alternative, to transfer venue pursuant to 28 U.S.C.

§ 1404.

DATED: Brooklyn, NY                          LEVI HUEBNER & ASSOCIATES, PC
            August 19, 2010

                                                        /s/ Levi Huebner
                                             BY: _____
                                                    Levi Huebner


                                             Attorneys for Defendants
                                             IMAGE RENT A CAR INC. and VAN
                                             RENTAL CO., INC.



                                Certificate of Service

        The undersigned certifies that on August 19, 2010 a true and correct copy of the
foregoing Notice of Appeal was filed electronically.  Notice of this filing will be sent to
all parties by operation of the Court's electronic filing system. Parties may access this
filing through the Court's system.

Dated: Brooklyn, NY
            August 19, 2010


                                             /s/Levi Huebner
                                             _____