ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

August 26, 2010

To:   Counsel of Record

Re:   Digby Adler Group LLC v. Image Rent A Car, Inc.
      Case No. C 10-00617 SC

Dear Counsel:

The ADR Program has rescheduled the ADR Phone Conference that did not take place today to **Wednesday, September 8, 2010 at 2:30 p.m. pacific time.**

For the convenience of the parties and in lieu of ADR L.R. 3-5(d)(2), the court has arranged for a dial-in conference line for this call. The call-in service that the court uses does require a long-distance telephone call. If the cost of calling the number presents a problem, please contact the ADR Office and other arrangements shall be made. The call-in information is as follows:

**Call-in Number:**     641-715-3200

**Passcode:**           1007836

If we do not hear otherwise we will assume you are available. Please call me 415-522-3148 if you have any questions.

Thank you for your attention to this matter.

Sincerely,

/s/

Alice Fiel
ADR Case Administrator