1  **LEVI HUEBNER & ASSOCIATES, PC**
2  Levi Huebner (*pro hac vice*)
   478 Malbone Street, Suite 100
   Brooklyn, NY 11225
3  Telephone: (212) 354-5555

4  Attorneys for Defendants
   IMAGE RENT A CAR INC. and VAN RENTAL CO., INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DIGBY ADLER GROUP LLC,** | Case No. 3:10-cv-00617-SC |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE ANSWER TO COMPLAINT** |
| vs. | |
| **IMAGE RENT A CAR, INC.**, *et al.*, | |
| Defendants. | |

Case No. 3:10-cv-00617-SC            **STIP. TO EXTEND TIME FOR DEFENDANTS TO FILE ANSWER TO COMPLAINT**

Plaintiff Digby Adler Group LLC d/b/a Bandago, and Defendants Image Rent A Car, Inc. and Van Rental Co., hereby stipulate to extend the time for Defendants to file an answer to the complaint in this action to September 16, 2010, pursuant to Local Rule 6-1.

The parties by their attorneys further agree that the Case Management Conference (CMC) shall be held on November 19, 2010 at 10:00 AM in Court Room 1, 17th Floor, SF.

IT IS SO STIPULATED.

DATED:  September 16, 2010        **KRONENBERGER BURGOYNE, LLP**

BY:  /s/Karl S. Kronenberger
          Karl S. Kronenberger

Attorneys for Plaintiff
DIGBY ADLER GROUP d/b/a BANDAGO

DATED:  September 16,2010         **LEVI HUEBNER & ASSOCIATES, PC**

BY:/s/ Levi Huebner
          Levi Huebner

Attorneys for Defendants
IMAGE RENT A CAR INC. and VAN RENTAL CO., INC.

Case No. 3:10-cv-00617-SC                 1                **STIP. TO EXTEND TIME FOR DEFENDANTS TO FILE ANSWER TO COMPLAINT**