**LEVI HUEBNER & ASSOCIATES, PC**
Levi Huebner (*pro hac vice*) (NY Bar No. 3029725)
478 Malbone Street, Suite 100
Brooklyn, NY 11225
Telephone:     (212) 354-5555
Facsimile:     (347) 350-8789
E-Mail:        Newyorklawyer@msn.com

Attorneys for Defendants
IMAGE RENT A CAR INC. and VAN RENTAL CO., INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIGBY ADLER GROUP LLC** d/b/a **BANDAGO**, a California limited liability Company,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>**IMAGE RENT A CAR, INC.**, *a New York* Corporation, and **VAN RENTAL CO., INC.**, a NEW YORK corporation,<br><br>　　　　　Defendants. | Case No. 3:10-cv-00617-SC<br><br>**DEFENDANTS' ANSWER TO THE COMPLAINT** |

　　　　Defendants Image Rent A Car, Inc., and Van Rental CO., by their attorneys Levi Huebner & Associates, PC answer the Complaint of Plaintiff, on file herein, as follows:

　　　　Defendants Deny paragraphs "1", "2", "3", "7", "8", "9", "15", "16", "17", "18", "19", "20", "21", "22", "23", '24", "25", "26", "27", "28", "29", "30", "31", "32", "33", "34", "35", "36", "37", "38", "39", "40", "41", "42", "43", "44", "45", "46", "47", "48", "49", "50", "51", "52", "53", "54", "55", "56", "57", "58", "59", "60", "61", "62", "63", "64", "65", and "66" of the Complaint.

　　　　Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs "4", "10", "12", "13" and "14" of the Complaint.

　　　　Defendants admit the allegations contained in paragraph "5", "6" and "11" of the Complaint.

**WHEREFORE**, the Defendants respectfully demand judgment against Plaintiff dismissing the Complaint, Defendants pray that Plaintiff takes nothing by reason of their Complaint on file herein, and that Defendants recover from Plaintiff reasonable attorneys fees, costs and disbursements in this action, and for such other and further relief this Court may deem just and proper.

DATED: Brooklyn, NY
September, 16, 2010

LEVI HUEBNER & ASSOCIATES, PC

BY: /s/ Levi Huebner
Levi Huebner

Attorneys for Defendants
IMAGE RENT A CAR INC. and VAN RENTAL CO., INC.

<u>Certificate of Service</u>

The undersigned certifies that on September 16, 2010 a true and correct copy of the foregoing Defendants' Answer To The Complaint was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: Brooklyn, NY
       September, 16, 2010

                                             /s/Levi Huebner