**LEVI HUEBNER & ASSOCIATES, PC**
Levi Huebner (*pro hac vice*)
478 Malbone Street, Suite 100
Brooklyn, NY 11225
Telephone: (212) 354-5555

Attorneys for Defendants
IMAGE RENT A CAR INC. and VAN RENTAL CO., INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIGBY ADLER GROUP LLC,**<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**IMAGE RENT A CAR, INC.**, *et al.*,<br><br>　　　　Defendants. | Case No. 3:10-cv-00617-SC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE ANSWER TO COMPLAINT** |

Case No. 3:10-cv-00617-SC

**STIP. TO EXTEND TIME FOR DEFENDANTS TO FILE ANSWER TO COMPLAINT**

1  Plaintiff Digby Adler Group LLC d/b/a Bandago, and Defendants Image Rent A Car, Inc.
2  and Van Rental Co., hereby stipulate to extend the time for Defendants to file an answer to the
3  complaint in this action to September 16, 2010, pursuant to Local Rule 6-1.

5  The parties by their attorneys further agree that the Case Management Conference (CMC)
6  shall be held on November 19, 2010 at 10:00 AM in Court Room 1, 17th Floor, SF.

8  IT IS SO STIPULATED.

10  DATED: September 16, 2010          **KRONENBERGER BURGOYNE, LLP**

12                                                          BY:  /s/Karl S. Kronenberger
13                                                               Karl S. Kronenberger

14                                                          Attorneys for Plaintiff
                                                            DIGBY ADLER GROUP d/b/a BANDAGO

16  DATED: September 16, 2010          **LEVI HUEBNER & ASSOCIATES, PC**

18                                                          BY:/s/ Levi Huebner
                                                            Levi Huebner

20                                                          Attorneys for Defendants
                                                            IMAGE RENT A CAR INC. and VAN
                                                            RENTAL CO., INC.

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 3:10-cv-00617-SC                    1          **STIP. TO EXTEND TIME FOR DEFENDANTS TO FILE ANSWER TO COMPLAINT**