**KRONENBERGER BURGOYNE, LLP**

Karl S. Kronenberger (Bar No. 226112)
Henry M. Burgoyne III (Bar No. 203748)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KBInternetLaw.com
hank@KBInternetLaw.com

Attorneys for Plaintiff
DIGBY ADLER GROUP d/b/a BANDAGO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIGBY ADLER GROUP LLC**, <br><br> Plaintiff, <br><br> vs. <br><br> **IMAGE RENT A CAR, INC.**, *et al.*, <br><br> Defendants. | Case No. 3:10-cv-00617-SC <br><br> **PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO STRIKE DEFENDANTS' ANSWER TO COMPLAINT AND REQUEST TO VACATE HEARING** <br><br> DATE:   November 5, 2010 <br> TIME:   10:00 a.m. <br> CTRM:  1, 17th Floor <br> JUDGE:  The Hon. Samuel Conti |

Case No. 3:10-cv-00617-SC          **PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOT. TO STRIKE ANSWER**

TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Digby Alder Group LLC d/b/a Bandago hereby withdraws its Motion to Strike the Answer of Defendants Image Rent A Car, Inc. and Van Rental Co. (D.E. 43) and respectfully requests that the Court vacate the hearing thereon, which is presently set for November 5, 2010 at 10:00 a.m.

Respectfully submitted,

DATED: October 26, 2010          **KRONENBERGER BURGOYNE, LLP**

BY:   /s/ Karl S. Kronenberger
         Karl S. Kronenberger

Attorneys for Plaintiff
DIGBY ADLER GROUP d/b/a BANDAGO

Case No. 3:10-cv-00617-SC        1        **PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOT. TO STRIKE ANSWER**