**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Henry M. Burgoyne III (Bar No. 203748)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KBInternetLaw.com
hank@KBInternetLaw.com

Attorneys for Plaintiff
DIGBY ADLER GROUP d/b/a BANDAGO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**DIGBY ADLER GROUP LLC**,

    Plaintiff,

vs.

**IMAGE RENT A CAR, INC.**, *et al.*,

    Defendants.

Case No. 3:10-cv-00617-SC

**DECLARATION OF KARL S. KRONENBERGER IN SUPPORT OF PLAINTIFF'S CASE MANAGEMENT STATEMENT**

---

Case No. 3:10-cv-00617-SC

**KRONENBERGER DECL. IN SUPPORT OF PLAINTIFF'S CMS**

I, Karl S. Kronenberger, declare as follows:

1. I am an attorney admitted in the State of California and before this Court. I am counsel of record for Plaintiff Digby Adler Group LLC. Unless otherwise stated I have personal knowledge of the facts set forth in this declaration.

2. On November 2, 2010 I provided Defendants' counsel with a draft case management statement ("CMS"), incorporating edits that we had previously agreed upon. I asked for his final edits and authorization to affix his digital signature by Thursday, November 4, 2010.

3. However, after sending him multiple email reminders, I did not hear back from Defendants' counsel until Thursday, November 11, 2010 at 8:39 p.m. Pacific Standard Time, when I received the edited CMS back from Defendants' counsel.

4. Defendants' modifications required some last minute edits, and thereafter I forwarded the draft back to Defendants' counsel for his final approval. However, despite multiple attempts by email and phone to contact Defendants' counsel, he would not respond to authorize the filing of the final version of the CMS.

5. The version of the CMS filed today is substantially similar to the substantive content of prior versions of the document. However, because Defendants' counsel has not authorized the filing of the current version, it is filed without his signature.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on November 12, 2010, in San Francisco, California.

                                                        s/ Karl S. Kronenberger
                                                        Karl S. Kronenberger