UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DIGBY ADLER GROUP LLC, | ) | |
| Plaintiff(s), | ) | No. C10-0617 SC (BZ) |
| v. | ) | |
| | ) | **INITIAL DISCOVERY ORDER** |
| IMAGE RENT A CAR, INC., | ) | |
| Defendant(s). | ) | |

All discovery in this matter has been referred to United States Magistrate Judge Bernard Zimmerman.

In the event a discovery dispute arises, the parties shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute. Exchanging letters or telephone messages about the dispute is insufficient. The Court will not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

In the event they cannot resolve their dispute, the parties must participate in a telephone conference with the Court **before** filing any discovery motions or other papers.

1

1 The party seeking discovery shall request a conference in a
2 letter **filed electronically** not exceeding two pages (with no
3 attachments) which briefly explains the nature of the action
4 and the issues in dispute.  Other parties **shall reply** in
5 similar fashion within **two days** of receiving the letter
6 requesting the conference.  The Court will contact the parties
7 to schedule the conference.

8      After the conference with the Court, if filing papers is
9 deemed necessary, they should be filed **electronically** with the
10 Clerk's Office, with **one hard copy delivered directly to**
11 **Magistrate Judge Zimmerman's Chambers (Room 15-6688).**  A
12 chambers copy of all briefs shall be submitted on a diskette
13 formatted in WordPerfect or e-mailed to the following address:
14 **bzpo@cand.uscourts.gov**

15 Dated: November 17, 2010

17 _____
   Bernard Zimmerman
   United States Magistrate Judge

19 G:\BZALL\-REFS\DIGBY V. IMAGE RENT A CAR\INITIAL DISCOVERY ORDER.wpd