UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGBY ADLER GROUP LLC,<br><br>      Plaintiff(s),<br><br>   v.<br><br>IMAGE RENT A CAR, INC.,<br><br>      Defendant(s). | No. C10-0617 SC (BZ)<br><br>**CLERK'S NOTICE SCHEDULING TELEPHONIC DISCOVERY CONFERENCE** |

**PLEASE TAKE NOTICE** that this matter has been referred to Judge Zimmerman for all discovery. The Court has reviewed plaintiff's Motion To Compel (Docket No. 46). Therefore, defendant shall set forth its position on the discovery dispute(s) in a letter of **not more** than **two pages** to be served and filed by **Noon, Friday, November 19, 2010.** A telephonic conference is scheduled for **Monday, November 22, 2010 at 3:00 p.m.,** to discuss the discovery dispute(s) currently at issue. Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: November 17, 2010

*Rose Maher*
_____
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\BZALL\-REFS\DIGBY V. IMAGE RENT A CAR\TEL CONF 1.wpd

1