**LEVI HUEBNER & ASSOCIATES, PC**
Levi Huebner (*pro hac vice*) (NY Bar No. 237975)
478 Malbone Street, Suite 100
Brooklyn, NY 11225
Telephone:    (212) 354-5555
Facsimile:    (347) 350-8789
E-Mail:       Newyorklawyer@msn.com

Attorneys for Defendants
IMAGE RENT A CAR INC. and VAN RENTAL CO., INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIGBY ADLER GROUP LLC** d/b/a **BANDAGO**, a California limited liability Company,<br><br>          Plaintiff,<br><br>     vs.<br><br>**IMAGE RENT A CAR, INC.**, *a New York* Corporation, and **VAN RENTAL CO., INC.**, a NEW YORK corporation,<br><br>          Defendants. | Case No. 3:10-cv-00617-SC<br><br>~~(PROPOSED)~~<br>**ORDER ON DEFENDANTS' MOTION FOR A CONTINUANCE OF THE CASE MANAGEMENT CONFERANCE** |

After review and consideration of Defendants' Motion for a continuance of the Case Management Conference it is the decision of the Court that said motion is GRANTED.

It is herby Ordered that the Case Management Conference (CMC) shall be held on December 3, 2010 at 10:00 AM in Court Room 1, 17th Floor, SF.

Dated:  November 18, 2010

                                                                                         _____
                                                                                         Judge Samuel Conti

*IT IS SO ORDERED*

Case No. 3:10-cv-00617-SC                           ORDER ON DEFENDANTS' MOTION
                                                    FOR A CONTINUANCE OF THE CMC