UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGBY ADLER GROUP LLC,<br><br>       Plaintiff(s),<br><br>  v.<br><br>IMAGE RENT A CAR, INC.,<br><br>       Defendant(s). | No. C10-0617 SC (BZ)<br><br>**ORDER CONTINUING TELEPHONIC DISCOVERY CONFERENCE** |

**IT IS HEREBY ORDERED** that the telephone conference presently scheduled for Wednesday, November 24, 2010 at 9:00 a.m. is **continued** to **Monday, December 6, 2010 at 3:30 p.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: November 23, 2010

                                          Bernard Zimmerman
                                 United States Magistrate Judge

G:\BZALL\-REFS\DIGBY V. IMAGE RENT A CAR\TEL CONF 3.wpd

1