UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-10-617           Samuel Conti            DATE December 3, 2010
Case Number        Judge                   Time 4 minutes

Title: DIGBY ADLER GROUP LLC         vs IMAGE RENT A CAR, INC., et al.

Attorneys: KARL KRONENBERGER           LEVI HUEBNER

Deputy Clerk: T. De Martini    Court Reporter: Belle Ball

Court   Pltf's   Deft's
(XXX)   (  )    (  )   1. Status Conference - Held

(  )    (  )    (  )   2.

(  )    (  )    (  )   3.

(  )    (  )    (  )   4.

(  )    (  )    (  )   5.

(  )Motion(s): (  )Granted  (  )Denied  (  )Withdrawn

(  )Granted/Denied  (  )Off Calendar  (  )Submitted

Order to be Prepared by:(  )Pltf  (  )Deft  (  )Court

Discovery Cutoff: 5/18/11    Pretrial Statements Due

Case Continued to 7/8/11 @ 10:00 a.m.    for Pretrial Conference

Case Continued to 7/18/11 @ 9:30 a.m.    for Jury Trial

Case Continued to                         for Further Status Conference

Case Continued to 6/10/11 @ 10:00 a.m. for Motions

ORDERED AFTER HEARING:

cc: