**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**MAGISTRATE JUDGE BERNARD ZIMMERMAN**
**CIVIL MINUTE ORDER**

DATE: Monday, Dec. 6, 2010 @ 3:30 p.m.

TIME: 15 minutes

| **TITLE OF CASE:** | **DOCKET NO.:** | |
|---|---|---|
| DIGBY ADLER GROUP V. IMAGE RENT A CAR | C10-0617 SC (BZ) | ☒ REFERRAL |

| ATTORNEY(S) FOR PLAINTIFF(S): | ATTORNEY(S) FOR DEFENDANT(S): |
|---|---|
| Karl S. Kronenberger | Levi Huebner |

COURT REPORTER/TAPE NO., SIDE, REEL NO.: TC 38-10

**PROCEEDINGS**

| | | | |
|---|---|---|---|
| ☐ | NONDISPOSITIVE MOTION | ☐ | INITIAL PRETRIAL CONFERENCE (CMC) |
| | ☐ CONTESTED | ☒ | DISCOVERY CONFERENCE |
| | ☐ UNCONTESTED | ☐ | SETTLEMENT CONFERENCE |
| ☐ | DISPOSITIVE MOTION | ☐ | FINAL PRETRIAL CONFERENCE |
| ☐ | EVIDENTIARY HEARING | ☐ | MOTION HEARING/ARGUMENT |
| ☐ | FEE APPLICATION | ☐ | IRS ENFORCEMENT ORDERS |
| ☐ | STATUS CONFERENCE | ☐ | OTHER: SPECIFY BELOW |

ORDER TO BE PREPARED BY: ☐ PLAINTIFF   ☐ DEFENDANT   ☐ COURT

CASE CONTINUED TO: _____

**NOTES**

Parties to meet and confer in an effort to resolve remaining disputes over adequacy of responses.

G:\BZALL\-REFS\DIGBY V. IMAGE RENT A CAR\MINUTE1.wpd