**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Henry M. Burgoyne III (Bar No. 203748)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KBInternetLaw.com
hank@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Plaintiff
DIGBY ADLER GROUP, LLC d/b/a BANDAGO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIGBY ADLER GROUP LLC**, <br><br> Plaintiff, <br><br> vs. <br><br> **IMAGE RENT A CAR, INC.**, *et al.*, <br><br> Defendants. | Case No. 3:10-cv-00617-SC (BZ) <br><br> **DECLARATION OF JEFFREY M. ROSENFELD IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

I, Jeffrey M. Rosenfeld, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California. I am an associate at the law firm of Kronenberger Burgoyne, LLP, counsel of record for Plaintiff Digby Adler Group LLC. Unless otherwise stated I have personal knowledge of the facts set forth in this declaration.

2. On July 29, 2010, staff in my office served written discovery requests on Defendants by first class mail.

3. Defendants refused to respond to this discovery until December 2, 2010—only after Plaintiff filed a motion to compel.

4. Based on the newly-discovered facts found within Defendants' discovery responses and the documents produced by third-parties Google, Inc. and Network Solutions, Inc., I drafted Plaintiff's First Amended Complaint ("FAC") and requested that Defendants consent to the filing of the FAC. Attached hereto as Exhibit A is a true and correct copy of the email I sent to Levi Huebner, counsel for Defendants, on January 20, 2011, where I notified Mr. Huebner of Plaintiff's intent to amend the complaint and requested Defendants stipulate to the filing of Plaintiff's first amended complaint. Mr. Huebner did not respond to my email of January 20, 2011.

5. On January 24, 2011, I contacted Mr. Huebner by phone, and left him a voicemail, requesting he contact me to discuss several discovery matters and Plaintiff's request for leave to file its amended pleading. Mr. Huebner did not return my phone call.

6. On January 25, 2011, I sent Mr. Huebner another email, reminding him that Plaintiff has requested that Defendants stipulate to Plaintiff's filing of its amended complaint and that his lack of response would force Plaintiff to seek Court relief. Attached hereto as Exhibit B is a true and correct copy of my email of January 25, 2011 to Mr. Huebner. I still have not received a response from Mr. Huebner.

//

//

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

Case No. 3:10-cv-00617-SC (BZ)

1

ROSENFELD DECL. IN SUPPORT OF PLAINTIFF'S MOT. FOR LEAVE TO FILE FAC

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct and that this Declaration was executed on January
3  26, 2011, in San Francisco, California.

                                                                                  s/ Jeffrey M. Rosenfeld

                                                                                     Jeffrey M. Rosenfeld

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com