

150 Post Street
Suite 520
San Francisco, CA 94108

Phone 415.955.1155
Fax 415.955.1158
www.kbinternetlaw.com

February 4, 2011

Hon. Bernard Zimmerman
Magistrate Judge
U.S. District Court for the N.D. of California
450 Golden Gate Ave.
San Francisco, CA 94102

    **RE:**    **Plaintiff's Response to Defendants' Letter Brief regarding Plaintiff's Subpoenas;** *Digby Adler Group LLC v. Image Rent A Car, Inc. et al.,* **3:10-cv-00617-SC**

Dear Judge Zimmerman:

    Defendants' letter seeks to distract the Court from Defendants' complete failure in responding to discovery.

    Plaintiff initially sought relevant documents from Defendants through written discovery. Only when Defendants completely shirked their discovery obligations, was Plaintiff forced to incur the expense of drafting and serving subpoenas to obtain basic documents—documents that are also in Defendants' possession, but which they have refused to produce. Specifically, Plaintiff has served the following subpoenas:

| Subpoena Recipient | Date Notice Given to Mr. Huebner | Date of Service to Subpoenaed Party | Method of Notice to Mr. Huebner |
|---|---|---|---|
| Google, Inc. | December 9, 2010 | December 14, 2010 | Email & First Class Mail |
| Network Solutions, LLC | December 9, 2010 | December 13, 2010 | Email & First Class Mail |
| Alexander Almonte, Esq. P.C. | January 5, 2011 | January 6, 2011 | Email |
| Kline Van and Specialty Rental, LLC | January 5, 2011 | January 10, 2011 | Email |
| Mastercard International Incorporated | January 7, 2011 | January 10, 2011 | Email |
| American Express Company | January 7, 2011 | January 10, 2011 | Email |

    As this chart shows, Plaintiff provided Defendants' counsel with notice of the subpoenas to Google and Network Solutions by email and U.S. Mail before they were served on the third parties. Plaintiff provided notice of the latter four subpoenas by email, also before these subpoenas were served on the third parties. Notification of

subpoenas by email is a common practice in the Ninth Circuit and comports with Federal Rule of Civil Procedure 45(b)(1).

Moreover, it's disingenuous for Defendants' counsel to claim that he did not receive proper notice of the latter four subpoenas by email when: a) he is required to review his email for ECF filings, and b) he has regularly communicated by email with Plaintiff's counsel (including paralegal Sumeena Birdi) throughout this litigation.

The Court should not let Defendants' letter distract from Defendants' complete discovery failures.

Respectfully submitted,

**KRONENBERGER BURGOYNE, LLP**

s/ Jeffrey M. Rosenfeld

Jeffrey M. Rosenfeld