UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGBY ADLER GROUP LLC,<br><br>       Plaintiff(s),<br><br>v.<br><br>IMAGE RENT A CAR, INC.,<br><br>       Defendant(s). | No. C10-0617 SC (BZ)<br><br>**SCHEDULING ORDER** |

The parties have filed documents 68 and 69 bringing certain discovery disputes to the Court's attention. **IT IS ORDERED** that a telephone conference to address these disputes is scheduled for **Tuesday, February 8, 2011, at 9:00 a.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: February 4, 2011

                                                Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-REFS\DIGBY V. IMAGE RENT A CAR\TEL CONF 4.wpd

1