**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**MAGISTRATE JUDGE BERNARD ZIMMERMAN**
**CIVIL MINUTE ORDER**

DATE: Tuesday, Feb. 8, 2011 @ 9:00 a.m.

TIME: 30 minutes

| **TITLE OF CASE:** | **DOCKET NO.:** | |
|---|---|---|
| DIGBY ADLER GROUP V. IMAGE RENT A CAR | C10-0617 SC (BZ) | ☒ REFERRAL |
| ATTORNEY(S) FOR PLAINTIFF(S): | ATTORNEY(S) FOR DEFENDANT(S): | |

(See Attached Appearance Sheet)

COURT REPORTER/TAPE NO., SIDE, REEL NO.: TC 04/11

**PROCEEDINGS**

☐ NONDISPOSITIVE MOTION                    ☐ INITIAL PRETRIAL CONFERENCE (CMC)
　　☐ CONTESTED                              ☒ DISCOVERY CONFERENCE
　　☐ UNCONTESTED                            ☐ SETTLEMENT CONFERENCE
☐ DISPOSITIVE MOTION                        ☐ FINAL PRETRIAL CONFERENCE
☐ EVIDENTIARY HEARING                       ☐ MOTION HEARING/ARGUMENT
☐ FEE APPLICATION                           ☐ IRS ENFORCEMENT ORDERS
☐ STATUS CONFERENCE                         ☐ OTHER: SPECIFY BELOW

ORDER TO BE PREPARED BY:  ☐ PLAINTIFF   ☐ DEFENDANT   ☐ COURT

CASE CONTINUED TO: _____

**NOTES**

Plaintiff will withdraw and reserve subpoenas. Henceforth, notices are to comport with Rule 5. Plaintiff has leave to file motions to compel discovery.

G:\BZALL\-REFS\DIGBY V. IMAGE RENT A CAR\MINUTE2.wpd

# Court Conference

## U.S. District Court-N.D. Cal. San Francisco
## Confirmed Telephonic Appearance Schedule
### Judge Bernard Zimmerman

G

Calendar Date: 02/08/2011
Calendar Time: 09:00 AM PT

1st Revision 02/08/2011 09:08 AM

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Digby Adler Group, LLC v. Image Rent A Car, Inc., et al | 10-CV-006 17 | Discovery Conference | 4027891 | Levi Hubner | (212) 354-5555 | Levi Hubener | Defendant(s), Image Rent A Car / LIVE |
| | | Digby Adler Group, LLC v. Image Rent A Car, Inc., et al | 10-CV-006 17 | Discovery Conference | 4023786 | Karl Kronenberger | (415) 955-1155 ext. 114 | Kronenberger Burgoyne, LLP | Plaintiff(s), Digby Adler Group, LLC / LIVE |