**LEVI HUEBNER & ASSOCIATES, PC**
Levi Huebner (*pro hac vice*) (NY Bar No. 3029725)
478 Malbone Street, Suite 100
Brooklyn, NY 11225
Telephone: (212) 354-5555
Facsimile: (347) 350-8789
E-Mail: Newyorklawyer@msn.com

Attorneys for Defendants
IMAGE RENT A CAR INC. and VAN RENTAL CO., INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIGBY ADLER GROUP LLC** d/b/a **BANDAGO**, a California limited liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>**IMAGE RENT A CAR, INC.**, *a New York* Corporation, and **VAN RENTAL CO., INC.,** a NEW YORK corporation,<br><br>Defendants. | Case No. 3:10-cv-00617-SC<br><br>**DECLERATION IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO ENLARGE THE TIME TO FILE OPPOSITION AND FOR A CONTINUANCE** |

  I submit this declaration in further support of Defendants' Motion to Enlarge the Time for Defendants' to file Opposition to the Plaintiff's Motion For Leave to Amend the Complaint (the "Motion") and for a Continuance of the Hearing scheduled for March 4, 2011 (the "Hearing").

### PLAINTIFF'S MISCONSTRUE DEFENDANTS' APPLICATION

  On February 11, 2011 the undersigned attempted to enter into dialogue to obtain a mere two day extension to submit Defendants' opposition or that the parties stipulate to a short continuance of the Hearing.

  However, rather than respond, Plaintiff disconnected a call from the undersigned and refused to communicate with this office, Subsequently, my paralegal contacted the court room

clerk for the chambers of the Honorable Judge Samuel Conti and enquired when the next available date would be regarding Plaintiff's Motion. Based on the date he received from the clerk Defendants' requested a continuance to April 29, 2011.

However, Defendants are only seeking a short enlargement of time to submit Defendants' Opposition to the Motion or alternatively a one week continuance of the Hearing or the next available dated thereafter.

However, counsel for Plaintiff purposefully avoided this office's communications regarding the foregoing.

**PLAINTIFF'S SCANDALOUS AND FRAUDULENT RESENTATIONS TO THIS COURT**

Plaintiff has engaged in a pattern of scandalous and fraudulent representations[1] the most recent being the unsworn submission of Plaintiff's counsel Jeffrey M. Rosenfeld ("Rosenfeld) dated February 11, 2010 addressed to this Court. (the "Fallacious Representation").

In his Fallacious Representation Rosenfeld falsely alleges that during a telephonic conference (the "Conference") on February 8, 2008 Judge Zimmerman was "appalled" and "lambasted" Defendants. Not only is the foregoing false but Rosenfeld conveniently fails to apprise this court that he did not participate in the Conference.

During the Conference[2] Judge Zimmerman did not indicate that he was appalled nor did he

---

[1] Plaintiff has fraudulently represented to this Court and the US Patent and Trademark Office that it rents cars. Counsel for Plaintiff has attempted to communicate with Defendants under the guise of settlement and under false pretenses leading the undersigned to believe that discovery would be delayed due to settlement discussions.

[2] Plaintiff's counsel Karl S. Kronenberger made fraudulent representations and multiple requests for relief based on his fraudulent representations in a letter of dated November 22, 2010 addressed to Magistrate Zimmerman. However, the fallacious representation of Mr. Kronenberger was simply controverted by the contemporaneous recorded telephonic conference of Plaintiff's counsel Karl S. Kronenberger, Jeff Rosenfeld and Levi Huebner counsel for Defendants, held on November 18, 2010 pursuant to the Order of the Honorable Magistrate Zimmerman. After, a transcript of the call was presented by the undersigned to the Judge Zimmerman he denied all of Plaintiff's frivolous requests.

Case No. 3:10-cv-00617-SC     1     **DECLARATION IN FURTHER SUPPORT OF DEFENDANTS' APPLICATION**

lambast the Defendants. However, he did order Plaintiffs to withdraw four Subpoenas dated on or about January 5, 2011 as same simply violated the Federal Rules of Civil Procedure. He also gave Plaintiff's leave to file a motion regarding discovery disagreements between the parties.

Rosenfeld's scandalous submission of an alleged order dated nearly three years ago, from an unrelated matter, of a different jurisdiction and court, of which the prejudicial nature of same outweighs its relevancy, should be stricken.

The remaining allegations in the Fallacious Representation are simply further misrepresentations of events and the undersigned will not further waste the time of this Court in addressing same.

**DEFENDANTS HAVE ATTEMPTED IN GOOD FAITH TO RESOLVE THIS ISSUE WITH PLAINTIFF**

Defendants do not want to waste the time or resources of the Court or the parties with the present application. However, to date Plaintiff has not contacted the undersigned regarding the foregoing.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Brooklyn, NY
          February 14, 2011

LEVI HUEBNER & ASSOCIATES, PC

    /s/ Levi Huebner
BY: _____
    Levi Huebner

Attorneys for Defendants
IMAGE RENT A CAR INC. and VAN RENTAL CO., INC.

Case No. 3:10-cv-00617-SC      2      **DECLARATION IN FURTHER SUPPORT OF DEFENDANTS' APPLICATION**