IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGBY ADLER GROUP LLC, | ) Case No. 10-617 SC |
| | ) |
| Plaintiff, | ) ORDER GRANTING IN PART AND |
| | ) DENYING IN PART DEFENDANTS' |
| v. | ) MOTION TO ENLARGE TIME |
| | ) |
| IMAGE RENT A CAR, INC., and | ) |
| VAN RENTAL CO., INC., | ) |
| | ) |
| Defendants. | ) |

Plaintiff Digby Adler Group LLC ("Plaintiff") filed a motion for leave to amend its Complaint, which is scheduled to be heard by the Court on March 4, 2011. ECF No. 66. Defendants Image Rent A Car, Inc., and Van Rental Co., Inc. ("Defendants") have not filed an opposition; rather, on February 11, 2011, the date their opposition was due, they filed the present motion to enlarge the time to file an opposition and for a continuance. ECF No. 73. Defendants' counsel claims that due to falling ill on February 9, 2011, he was unable to complete and file Defendants' opposition, and he seeks a continuance of six weeks. Id. Plaintiff opposes the motion, alleging it is one of many acts by Defendants' counsel to delay proceedings. ECF No. 74.

///

///

///

1    Having reviewed the papers submitted, the Court GRANTS IN PART and DENIES IN PART Defendants' motion. The hearing date for Plaintiff's motion for leave to amend its Complaint is continued to March 18, 2011. Defendants' opposition is due February 26, 2011; Plaintiff's reply is due March 5, 2011.

    IT IS SO ORDERED.

Dated: February 14, 2011 
UNITED STATES DISTRICT JUDGE

2