UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGBY ADLER GROUP LLC,<br><br>    Plaintiff(s),<br><br>    v.<br><br>IMAGE RENT A CAR, INC.,<br><br>    Defendant(s). | No. C10-0617 SC (BZ)<br><br>**ORDER TAKING PLAINTIFF'S MOTION TO COMPEL OFF CALENDAR** |

Plaintiff's motion to compel (Docket No. 78) is presently calendared for April 6, 2011. Defendants have not filed an opposition to this motion and their attorney has filed a motion to withdraw as counsel which is set before Judge Conti for April 29, 2011. **IT IS THEREFORE ORDERED** that the April 6 hearing on plaintiff's motion to compel is **TAKEN OFF CALENDAR** until the motion to withdraw as counsel is resolved. The Court will restore it to the calendar when appropriate.

Dated: March 24, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\DIGBY V. IMAGE RENT A CAR\ORDER RE MOTION TO COMPEL.wpd

1