**KRONENBERGER BURGOYNE, LLP**

Karl S. Kronenberger (Cal. Bar No. 226112)
Jeffrey M. Rosenfeld (Cal. Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile:  (415) 955-1158
karl@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Plaintiff Digby Adler Group LLC
*dba* Bandago

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIGBY ADLER GROUP LLC *DBA* BANDAGO,**<br><br>Plaintiff,<br><br>**vs.**<br><br>**IMAGE RENT A CAR, INC.**, *et al.*<br><br>Defendants. | Case No. 3:10-cv-00617-SC<br><br>**PLAINTIFF DIGBY ADLER GROUP LLC'S NOTICE OF DEFENDANTS IMAGE RENT A CAR, INC. AND VAN RENTAL CO.'S FILINGS OF BANKRUPTCY PETITIONS** |

NOTICE OF DEFENDANTS IMAGE RENT A
CAR  AND VAN RENTAL CO.'S BANKRUPTCY

1    TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:

2        Plaintiff Digby Adler Group LLC d/b/a Bandago hereby provides notice that

3    Defendants Image Rent A Car, Inc. ("Image") and Van Rental Co. ("Van") have each filed

4    petitions for bankruptcy protection in the United States Bankruptcy Court for the Eastern

5    District of New York:

6    •  *In Re Image Rent A Car, Inc.*, No. 1:11-bk-42390 (E.D.N.Y. filed March 24, 2011);

7    •  *In Re Van Rental Co.*, 1:11-bk-42391 (E.D.N.Y. filed March 24, 2011).

8        While under 11 U.S.C. §362 Image and Van's filings operate as an automatic stay

9    of this action as to Image and Van, the stay does not apply to co-Defendants Shneior

10   Zilberman ("Zilberman") and Gad Sebag ("Sebag"). Absent exceptional circumstances,

11   the automatic stay of §362 does not apply to third-party defendants or co-defendants.  *In*

12   *re Metro. Mortg. & Sec. Co., Inc.*, 325 B.R. 851, 856 (Bankr. E.D. Wash. 2005); *In re*

13   *Related Asbestos Cases*, 23 B.R. 523, *passim* (N.D. Cal. 1982); *Willett v. Vitek, Inc.*, 139

14   B.R. 723, 726 (D. Nev. 1992); *Fed. Land Bank of Spokane v. Stiles*, 700 F. Supp. 1060,

15   1062-63 (D. Mont. 1988).  Moreover, to the extent Zilberman and Sebag wish to argue

16   that exceptional circumstances warrant extending the stay to cover them, they must file

17   an adversary proceeding to achieve the result under 11 U.S.C. §§105 and 362.  *See In*

18   *re All Seasons Resorts, Inc.*, 79 B.R. 901, 903 (Bankr. C.D. Cal. 1987).

19       Thus, unless instructed otherwise by the Court, Plaintiff will stay its prosecution of

20   this action against Image and Van, and will treat its claims against Zilberman and Sebag

21   as severed and proceed accordingly.

22

23   Respectfully submitted,

24   DATED:  April 7, 2011                    KRONENBERGER BURGOYNE, LLP

25

26                                           By: _____

27                                               Jeffrey M. Rosenfeld

28                                           Attorneys for Plaintiff Digby Adler Group LLC
                                             *dba* Bandago

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

Case No. 3:10-cv-00617-SC

1

**NOTICE OF DEFENDANTS IMAGE RENT A
CAR  AND VAN RENTAL CO.'S BANKRUPTCY**