IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGBY ADLER GROUP LLC, | ) Case No. 10-617 SC |
| | ) |
| Plaintiff, | ) ORDER DENYING PLAINTIFF'S |
| | ) <u>MOTION TO LIFT STAY</u> |
| v. | ) |
| | ) |
| IMAGE RENT A CAR, INC., VAN RENTAL CO., INC., SHNEIOR ZILBERMAN, and GAD SEBAG, | ) ) ) ) |
| Defendants. | ) ) |

On April 13, 2011, this Court issued an Order staying this case as to all Defendants pending the final resolution of two bankruptcy actions commenced by Defendants Image Rent A Car, Inc. ("Image") and Van Rental Co., Inc. ("Van Rental"). ECF No. 90. Now Plaintiff Digby Adler Group, LLC has filed a motion to lift the stay as to Defendants Shneior Zilberman ("Zilberman") and Gad Sebag ("Sebag"). ECF No. 91. Plaintiff alleges that Image and Van Rental filed bankruptcy petitions for the improper purpose of avoiding liability in this action and have been stripped of their assets by Zilberman and/or Sebag. <u>Id.</u>

///
///
///
///

1     Plaintiff essentially asks this Court to rule on the merits of
2 the ongoing bankruptcy proceedings. By so doing, it brings its
3 grievances in the wrong forum. Accordingly, Plaintiff's Motion is
4 DENIED.

6     IT IS SO ORDERED.

8     Dated: May 9, 2011

                                        UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2