**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGBY ADLER GROUP LLC, ) | Case No. 10-cv-00617-SC |
| ) | |
| Plaintiff, ) | <u>ORDER LIFTING STAY</u> |
| ) | |
| v. ) | |
| ) | |
| IMAGE RENT A CAR, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

In April 2011, the Court stayed this case pending bankruptcy proceedings initiated by Defendants Image Rent A Car and Van Rental Co., Inc. ECF No. 90 ("Stay Order"). A few weeks later, the Court denied Plaintiff's motion to lift the stay. ECF No. 94. The bankruptcy proceedings have now been dismissed, ECF No. 90-1 Exs. A-B ("Bankruptcy Dismissals"), and Plaintiff moves once more to lift the stay. Defendants' opposition briefs were due on June 10, but none have been filed. Accordingly, the Court will treat the motion as unopposed.

The bankruptcy proceedings were the only reason the case was stayed. Stay Order at 1. Given that those proceedings have been

dismissed, the Court finds it appropriate to lift the stay and resume this case.  The Court LIFTS the stay with respect to all defendants.

    IT IS SO ORDERED.

    Dated: June 16, 2014 

                                        UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California