**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com

Attorneys for Plaintiff Digby Adler Group LLC
*dba* Bandago



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIGBY ADLER GROUP LLC** *dba* **BANDAGO**,<br><br>Plaintiff,<br><br>v.<br><br>**IMAGE RENT A CAR, INC.**, *et al.*<br><br>Defendants. | Case No. 3:10-cv-00617-SC<br><br>**DECLARATION OF JEFFREY M. ROSENFELD IN SUPPORT OF PLAINTIFF'S REQUEST FOR CLERK TO ENTER DEFAULT AGAINST ALL DEFENDANTS** |

I, Jeffrey M. Rosenfeld, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California. I am a partner with the law firm of Kronenberger Rosenfeld, LLP, counsel of record for Plaintiff Digby Adler Group LLC *dba* Bandago. Unless otherwise stated, I have personal knowledge of the matters stated herein.

2. In February 2010, my office engaged One Legal, LLC to effect service of process in this action on Defendants Image Rent A Car, Inc. ("Image") and Van Rental Co., Inc. ("VRC").

3. In late February 2010, I was informed by One Legal, LLC ("One Legal") that a licensed process server, Dominic DellaPorte, had effected service of process on both Image and VRC by serving an officer or managing or general agent of both Image and VRC, namely Connie Gray. Thereafter, One Legal provided my office with proofs of service for Image and VRC, executed by Mr. DellaPorte. Attached hereto as **Exhibits A-B** are true and correct copies of the proofs of service for Image and VRC.

4. On March 21, 2011, Plaintiff filed a First Amended Complaint ("FAC") in this action. In the FAC, Plaintiff added new Defendants Gad Sebag ("Sebag") and Shneior Zilberman ("Zilberman"). [D.E. No. 85.]

5. The Court issued summonses to Sebag and Zilberman on March 24, 2011 [D.E. Nos. 86-87.]

6. After the Court issued the summonses to Sebag and Zilberman, my colleagues and I performed several hours of research to locate all places of business and all residences for Sebag and Zilberman.

7. Among other things, we performed Accurint background searches on Sebag and Zilberman. True and correct copies of redacted Accurint reports for Sebag and Zilberman are attached hereto as **Exhibits C-D**, respectively.

8. We also performed other free and proprietary Internet searches on Sebag and Zilberman, including Intellius people searches. We also reviewed Defendants' prior

court filings and declarations for evidence of Sebag and Zilberman's places of business and residences.

9. Based on this research, I compiled a list of addresses that then served as Sebag and Zilberman's places of business and residences. In the following paragraphs, I describe the processes I used to identify these addresses.

10. **391 Empire Blvd., Brooklyn, NY**

- In Sebag's declaration, filed on May 10, 2010 [D.E. No. 22-4], Sebag admitted under penalty of perjury that he was the Chief Executive Officer of Image and VRC, and that both businesses had their principal places of business at 391 Empire Blvd., Brooklyn, NY.

- In Zilberman's declaration, filed on June 3, 2010 [D.E. No. 32-1], Zilberman admitted under penalty of perjury that he was the General Manager of Image and had been an employee of Image since 2004.

- In Zilberman's letter to the Court, filed on March 12, 2010 [D.E. No. 10], Zilberman signed the letter as the Vice President of Image and identified Image's return address as 391 Empire Blvd., Brooklyn, NY.

- Image and VRC's bankruptcy petitions, filed with the United States Bankruptcy Court for the Eastern District of New York on March 24, 2011, Case Nos. 11-42390-NHL and 11-42391-NHL, identify Image and VRC's then current address as 391 Empire Blvd., Brooklyn, NY. True and correct copies of Image and VRC's bankruptcy petitions are attached hereto as **Exhibits E-F**, respectively.

- Sebag's and Zilberman's Accurint reports (Exhibits C-D) also identify 391 Empire Blvd., Brooklyn, NY as an active business address for both Sebag and Zilberman.

11. **732 Lefferts Ave., Apt. 2B, Brooklyn, NY**

- Sebag's and Zilberman's Accurint reports (Exhibits A-B) identify a residential address associated with both Sebag and Zilberman: 732

Lefferts Ave., Apt. 2B, Brooklyn, NY. The Accurint reports indicate that this apartment is owned by Sebag but is occupied by Zilberman.

- Sebag's ownership of 732 Lefferts Ave. is confirmed by the New York City Department of Finance, Office of the City Register. A printout of search results from this office's website, located at http://a836-acris.nyc.gov/Scripts/Coverpage.dll/index, is attached hereto as **Exhibit G**. Exhibit G shows that Sebag owns 732 Lefferts Ave.

12. **1449 Carroll St., Brooklyn, NY**

- Image's bankruptcy petition (Exhibit E) identifies another residential address for Sebag: 1449 Carroll St., Brooklyn, NY.
- Sebag's ownership of 1449 Carroll St. is confirmed by the New York City Department of Finance, Office of the City Register. A printout of search results from this office's website, located at http://a836-acris.nyc.gov/Scripts/Coverpage.dll/index, is attached hereto as **Exhibit H**. Exhibit H shows that Sebag owns 1449 Carroll St., Brooklyn, NY.

13. **719 Eastern Parkway, Brooklyn, NY**

- In response to a request under New York's Freedom of Information Law, the New York Secretary of State produced documents that identify an additional business addresses for Zilberman: 719 Eastern Parkway, Brooklyn, NY, in connection with the business Go Van Rentals Inc. Attached hereto as **Exhibit I** is a true and correct copy of the certificate of incorporation for Go Van Rentals Inc.
- Image's bankruptcy petition (Exhibit E) also identifies 719 Eastern Parkway as the address for one of Image's supposed creditors, Menachem Mendel Shneurson.
- Moreover, the registrant for all of Image's and VRC's domain names at the time of service was Group Travel Solutions, Inc., which is also located at 719 Eastern Parkway. Attached hereto as **Exhibit J** is a true

Case No. 3:10-cv-00617-SC 3 ROSENFELD DECL. ISO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

and correct copy of the certificate of incorporation for Group Travel Solutions, Inc.

14. On March 24, 2011, my firm engaged 24 Hour Process Servers, Inc. ("24 Hour Process Servers") to serve Sebag and Zilberman with the summons and complaint packet for this action.

15. My firm instructed 24 Hour Process Servers to use diligent efforts to serve Sebag and Zilberman, and to make multiple attempts at service at the following addresses:

- 391 Empire Blvd., Brooklyn, NY
- 732 Lefferts Ave., Apt. 2B, Brooklyn, NY
- 1449 Carroll St., Brooklyn, NY
- 719 Eastern Parkway, Brooklyn, NY

16. In April 2011, I was informed by 24 Hour Process Servers that a licensed process server, Richard Paul, had effected personal service of process on Sebag. Attached hereto as **Exhibit K** is a true and correct copy of the proof of service for Sebag, executed by Mr. Paul.

17. In April 2011, my office was in frequent communication with 24 Hour Process Servers about efforts to serve Zilberman. 24 Hour Process Servers informed me that while its process server, Richard Paul, had made multiple service attempts on Zilberman, it appeared that Zilberman was avoiding service. In particular, Mr. Paul tried to effect service on multiple occasions at the two business locations and two residences associated with Zilberman and identified above. 24 Hour Process Servers further informed me that after Mr. Paul had made these multiple service attempts, he affixed copies of the summons, FAC, and other initiating documents to the front door of Zilberman's businesses and residences. 24 Hour Process Servers further informed me that thereafter, Mr. Paul sent the summons, FAC, and other case-initiating documents to Zilberman's last known residential and business addresses by first class mail in an envelope bearing the legend "Personal and Confidential." Attached hereto as **Exhibit L** is

a true and correct copy of the proof of service for Zilberman, executed by Richard Paul.

18. As a result of all of these efforts, Zilberman learned that he had been named as an individual defendant in this action, and he admitted the same in a deposition in the adversary proceeding entitled *Messer v. Zilberman, et al.*, Chapter 7 Case No. 11-42930-NHL, Adversary Proceeding No. 12-01288 (Bankr. S.D.N.Y.) True and correct excerpts from the October 7, 2013 deposition transcript of Zilberman taken in connection with this adversary proceeding are attached hereto as **Exhibit M**. In the attached deposition passage, Zilberman testified under penalty of perjury:

> Q. Were you sued individually in that California action [the above-referenced action]?
> A. Yes, I am.
> Q. Did you have counsel in that action?
> A. I used to.
> Q. What counsel?
> A. Levi Huebner (phonetic).

19. On June 16, 2014, the Court lifted a stay that had gone into place when Image and VRC filed petitions for bankruptcy protection. [D.E. No. 97.]

20. On June 18, 2014, I wrote to counsel of record, notifying them that no Defendant had responded to the FAC, and that unless Defendants responded, Plaintiff would be forced to seek entry of default. Attached hereto as **Exhibit N** is a true and correct copy of this email.

21. On June 20, 2014, I received an email from a new attorney, Joel Rothman, purporting to represent all of the Defendants in this matter. Through subsequent emails and telephone communications, I explained to Mr. Rothman and Defendants' counsel of record, that if Defendants did not respond to the FAC by July 1, 2014, Plaintiff would seek default.

//
//
//
//

22. As of July 23, 2014, no Defendant has responded to the FAC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on July 23, 2014, in San Francisco, California.

s/ Jeffrey M. Rosenfeld

Jeffrey M. Rosenfeld