**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  General Court Number
Clerk  415.522.2000

July 25, 2014

RE: CV 10-00617 SC   DIGBY ADLER GROUP LLC-v- IMAGE RENT A CAR INC ET AL

Default is entered as to Image Rent A Car, Inc., Van Rental Co., Inc. and Gad Sebag on July 25, 2014.

RICHARD W. WIEKING, Clerk

by  Maria Loo
Case Systems Administrator

NDC TR-4  Rev. 3/89