**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking	General Court Number
Clerk	415.522.2000

July 25, 2014

RE: <u>CV 10-00617 SC   DIGBY ADLER GROUP LLC-v- IMAGE RENT A CAR INC  ET AL</u>

Default is declined as to Shneior Zilberman on July 25, 2014.


RICHARD W. WIEKING, Clerk

by: <u>Maria Loo</u>
Case Systems Administrator