AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

DIGBY ADLER GROUP, LLC

Plaintiff (s),

V.

IMAGE RENT A CAR, INC., ET AL.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 10-cv-00617-SC

Notice is hereby given that, subject to approval by the court, __IMAGE RENT A CAR, INC.__ substitutes
(Party (s) Name)

__STEVEN A. HEATH__, State Bar No. __250867__ as counsel of record in
(Name of New Attorney)

place of __LEVI HUEBNER; RICHARD DUANE__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: HEATH & STEINBECK, LLP
Address: 2500 BROADWAY, SUITE F-125
Telephone: (424) 238-4532     Facsimile (323) 210-3242
E-Mail (Optional): saheath@heathsteinbeck.com

I consent to the above substitution.

Date: August 18th 2014

_SHNEIOR ZILBERMAN o/b/o IMAGE RENT A CAR_
(Signature of Party (s))

I consent to being substituted.

Date: 8-18-14

Levi Huebner & Associates, PC
/ s / Levi Huebner
(Signature of Former Attorney (s))
By: Levi Huebner

I consent to the above substitution.

Date: 08/20/14

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

## CERTIFICATE OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is Heath & Steinbeck, LLP, 2500 Broadway, Suite F-125, Santa Monica, California 90404.

On August 21, 2014, I served the **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY (IMAGE RENT A CAR, INC.)** on the interested parties in this action:

☒ **(BY E-MAIL OR ELECTRONIC TRANSMISSION)**

The document was served on the following via The United States District Court – Northern District's CM/ECF electronic transfer system which generates a Notice of Electronic Filing upon the parties, the assigned judge, and any registered user in the case:

Karl S. Kronenberger, Esq.
Jeffrey M. Rosenfeld, Esq.
Kronenberger Rosenfeld, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
karl@krinternetlaw.com
jeff@krinternetlaw.com
*Attorneys for Plaintiff Digby Adler Group, LLC*

☒ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 21, 2014, here, at Santa Monica, California.

/s/ *Steven A. Heath*