AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

DIGBY ADLER GROUP, LLC
           Plaintiff(s),
V.
IMAGE RENT A CAR, INC., ET AL.
           Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 10-cv-00617-SC

Notice is hereby given that, subject to approval by the court, __VAN RENTAL CO., INC.__ substitutes
(Party(s) Name)

__STEVEN A. HEATH__, State Bar No. __250867__ as counsel of record in
(Name of New Attorney)

place of __LEVI HUEBNER; RICHARD DUANE__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     HEATH & STEINBECK, LLP
    Address:     2500 BROADWAY, SUITE F-125
    Telephone:     (424) 238-4532     Facsimile (323) 210-3242
    E-Mail (Optional):     saheath@heathsteinbeck.com

I consent to the above substitution.
Date: August 18th 2014

SHNEIOR ZILBERMAN O/B/O VAN RENTAL CO.
(Signature of Party(s))

I consent to being substituted.
Date: 8-18-14

Levi Huebner & Associates, PC
/s/ Levi Huebner
(Signature of Former Attorney(s))
By: Levi Huebner

I consent to the above substitution.
Date: 08/20/14

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 08/22/2014

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]