# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGBY ADLER GROUP, LLC d/b/a BANDAGO, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>IMAGE RENT A CAR, INC., a New York corporation; VAN RENTAL CO, INC., a New York corporation; GAD SEBAG, an individual; and SHNEIOR ZILBERMAN, an individual,<br><br>Defendants. | Case No.: 10-cv-00617-SC<br><br>[~~PROPOSED~~] **ORDER RE STIPULATION TO SET ASIDE DEFAULTS OF DEFENDANTS IMAGE RENT A CAR, INC., VAN RENTAL CO., INC., AND GAD SEBAG AND SET DEADLINE FOR ALL DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT** |

Based upon the Parties' Stipulation and for good cause shown, it is hereby ordered as follows:

1. The defaults entered as to Defendants Image Rent A Car, Inc., Van Rental Co., Inc., and Gad Sebag are set aside.

2. Defendants Image Rent A Car, Inc., Van Rental Co., Inc., Gad Sebag, and

Shneior Zilberman shall respond to the First Amended Complaint no later than August 27, 2014.

**IT IS SO ORDERED**.

Dated:  August 22, 2014

_____
Hon. Samuel Conti
United States District Judge

**[PROPOSED] ORDER**

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is Heath & Steinbeck, LLP, 2500 Broadway, Suite F-125, Santa Monica, California 90404.

On August 21, 2014, I served the **[PROPOSED] ORDER RE STIPULATION TO SET ASIDE DEFAULTS OF DEFENDANTS IMAGE RENT A CAR, INC., VAN RENTAL CO., INC., AND GAD SEBAG AND SET DEADLINE FOR ALL DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT** on the interested parties in this action:

☒ **(BY E-MAIL OR ELECTRONIC TRANSMISSION)**

The document was served on the following via The United States District Court – Northern District's CM/ECF electronic transfer system which generates a Notice of Electronic Filing upon the parties, the assigned judge, and any registered user in the case:

Karl S. Kronenberger, Esq.
Jeffrey M. Rosenfeld, Esq.
Kronenberger Rosenfeld, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
karl@krinternetlaw.com
jeff@krinternetlaw.com

*Attorneys for Plaintiff Digby Adler Group, LLC*

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 21, 2014, here, at Santa Monica, California.

*/s/ Steven A. Heath*