**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com

Attorneys for Plaintiff Digby Adler Group LLC
*dba* Bandago

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIGBY ADLER GROUP LLC** *dba* **BANDAGO**, <br><br> Plaintiff, <br><br> v. <br><br> **IMAGE RENT A CAR, INC.**, *et al.* <br><br> Defendants. | Case No. 3:10-cv-00617-SC <br><br> **CERTIFICATE OF SERVICE** |

## PROOF OF SERVICE

I am a resident of the state of California, over the age of eighteen years and not a party to this action. My business address is 150 Post Street, Suite 520, San Francisco, California, 94108.

On September 17, 2014, I served the following document(s):

**1) CIVIL STANDING ORDER FOR THE HONORABLE SAMUEL CONTI**

on the parties listed below as follows:

*Attorneys for Defendants:*

HEATH & STEINBECK, LLP
Steven A. Heath
2500 Broadway, Suite F-125
Santa Monica, CA 90404
saheath@heathsteinbeck.com

[X] BY FIRST CLASS MAIL, by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid, for collection and mailing, in San Francisco, California, following ordinary business practices, which is deposited with the U.S. Postal Service the same day as it is placed for processing.

[ ] BY electronically filing with the clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

DATED: September 17, 2014

_____
Leah Vulić



KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

Case No. 3:10-cv-00617-SC     1     CERTIFICATE OF SERVICE