UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge:** SAMUEL CONTI

**Date**: September 19, 2014

**Case No:** C 10-00617 SC

**Case Title**: DIGBY ADLER GROUP LLC v. IMAGE RENT A CAR INC

**Appearances:**

    For Plaintiff(s): Jeffrey Rosenfeld; Conor Kennedy

    For Defendant(s): Steven Heath

**Deputy Clerk**: Tana Ingle      **Court Reporter**: Lydia Zinn
**Time in Court:** 5 minutes

## PROCEEDINGS

1. Case Management Conference - held

MOTION/MATTER: ( ) Granted
                ( ) Denied
                ( ) Granted in part/Denied in part
                ( ) Taken under submission
                ( ) Withdrawn/Off Calendar
                (X) Continued to: **Friday, 01/09/2015, at 10:00 a.m. for further CMC/trial setting**

## SUMMARY

Amended Pleadings Deadline: 10/31/2014
Case is referred to a Magistrate Judge for discovery.


cc. MagRef