| | |
|---|---|
| 1 | **KRONENBERGER ROSENFELD, LLP** |
| 2 | Karl S. Kronenberger (CA Bar No. 226112) |
|   | Jeffrey M. Rosenfeld (CA Bar No. 222187) |
| 3 | Conor H. Kennedy (CA Bar No. 281793) |
|   | 150 Post Street, Suite 520 |
| 4 | San Francisco, CA 94108 |
|   | Telephone: (415) 955-1155 |
| 5 | Facsimile: (415) 955-1158 |
|   | karl@KRInternetLaw.com |
| 6 | jeff@KRInternetLaw.com |
| 7 | conor@KRInternetLaw.com |
| 8 | Attorneys for Plaintiff Digby Adler Group LLC |
|   | *dba* Bandago |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **DIGBY ADLER GROUP LLC** *dba* **BANDAGO**, | Case No. 3:10-cv-00617-SC |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF DIGBY ADLER GROUP LLC'S UNOPPOSED ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |
| v. | |
| **IMAGE RENT A CAR, INC.**, *et al.* | |
| Defendants. | DATE:  In Chambers |
| | TIME:  In Chambers |
| | CTRM:  1, 17th Floor |
| | Before the Honorable Samuel Conti |

Case No. 3:10-cv-00617-SC     **[PROP.] ORDER GRANTING PLTF'S MTN TO REMOVE INCORRECTLY FILED DOCUMENT**

**[PROPOSED] ORDER**

Having considered Plaintiff's Unopposed Administrative Motion to Remove Incorrectly Filed Document and good cause having been shown,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.

IT IS HEREBY ORDERED that Docket Entry No. 123-2 will be removed from the docket of this case.

**IT IS SO ORDERED.**

Dated: 12/15/2014



Judge Samuel Conti

Case No. 3:10-cv-00617-SC     1     **[PROP.] ORDER GRANTING PLTF'S MTN TO REMOVE INCORRECTLY FILED DOCUMENT**