1  HEATH & STEINBECK, LLP
STEVEN A. HEATH (SBN 250867)
2  2500 Broadway, Suite F-125
Santa Monica, California 90404
3  Telephone: (424) 238-4532
Facsimile: (323) 210-3242
4  saheath@heathsteinbeck.com
5
6  Attorneys for Defendants IMAGE RENT A CAR,
INC.; VAN RENTAL CO., INC.; GAD SEBAG;
7  and SHNEIOR ZILBERMAN

8

9  **UNITED STATES DISTRICT COURT**

10  **NORTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12  DIGBY ADLER GROUP, LLC d/b/a BANDAGO, a California limited liability company,<br><br>14            Plaintiff,<br><br>15  vs.<br><br>16<br><br>17  IMAGE RENT A CAR, INC., a New York corporation; VAN RENTAL CO, INC., a New York corporation; GAD SEBAG, an individual; and SHNEIOR ZILBERMAN, an individual,<br><br>20<br><br>21            Defendants. | Case No.: 3:10-cv-00617-SC<br><br>**DECLARATION OF STEVEN A. HEATH IN SUPPORT OF DEFENDANT GAD SEBAG'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:      January 9, 2015<br>Time:      10:00 a.m.<br>Ctrm.:     1 [17th Floor] |

22

23

24

25

26

27

28

**DECLARATION OF STEVEN A. HEATH**

# DECLARATION OF STEVEN A. HEATH

I, STEVEN A. HEATH, hereby affirm the following:

1.   I am an attorney duly licensed to practice before all courts of the State of California, and the United States District Court for the Northern District of California.  I am a partner at Heath & Steinbeck, LLP, counsel of record for Defendants Image Rent A Car, Inc., Van Rental Co., Inc., Shneior Zilberman, and Gad Sebag (collectively, "Defendants") in this action.

2.   If called as a witness, I could and would competently testify to all facts stated in this declaration.  I certify that all facts stated herein are true and correct based on my knowledge and belief.

3.   Attached as **Exhibit 1** is a true and correct copy of relevant portion of the March 3, 2014 Examination Before Trial of Chana Vilenkin in *Gregory Messer, Esq., as Trustee of the Estate of Image Rent A Car v. Schenior Zilberman, et al.*, United States Bankruptcy Court for the Eastern District of New York, Adversary Proceeding No. 1-11-42390.  I downloaded a copy of this document from the Public Access to Court Electronic Records system ("PACER") on December 22, 2014.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 23rd day of December 2014, in Santa Monica, California.

/s/ Steven A. Heath
Steven A. Heath

**DECLARATION OF STEVEN A. HEATH**

Case No. 3:10-cv-00617-SC

Exhibit 1 to Heath Declaration

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

In re:                          CHAPTER 7

IMAGE RENT A CAR, INC.,         CASE No. 1-11-42390

              Debtor,

- - - - - - - - - - - - - - - - - x

GREGORY MESSER, ESQ., as Trustee of the
estate of Image Rent A Car,

              Plaintiff,

         -against-

SCHNEIOR ZILBERMAN, ADIR GROUP, INC. ADIR RENT
A CAR, INC., ADIR PLAZA, INC., GROUP TRAVEL
SOLUTION, INC. AND GAD SEBAG,

              Defendants.

- - - - - - - - - - - - - - - - - x

           26 Court Street
           Brooklyn, New York 11242

           March 3, 2014
           10:30 a.m.

    EXAMINATION BEFORE TRIAL of GROUP TRAVEL
SOLUTION, a Defendant, by a witness, CHANA
VILENKIN, taken by the Respective Parties, in
the above-entitled action, held at the above
time and place, pursuant to Subpoena, taken
before MARISA MCMAHON, a shorthand reporter
and Notary Public within and for the State of
New York.

**Reporter's Ink, Corp.** 90 John Street - Ste. 411    New York, NY 10038    www.reporters-ink.com
Phone: 646.395.2522    Fax: 212.374.1236 

1              CHANA VILENKIN

2    C H A N A    V I L E N K I N, the witness

3    herein, having been first duly sworn by a

4    Notary Public of the State of New York, was

5    examined and testified as follows:

6    EXAMINATION BY

7    MR. PILEVSKY:

8         Q.   State your name for the record,

9    please.

10        **A.   Chana Vilenkin.**

11        Q.   State your address for the record,

12    please.

13        **A.   391 Empire Boulevard, Brooklyn, New**

14    **York 11225.**

15        Q.   Good morning.  My name is Jordan

16    Pilevsky, I'm from Lamonica, Herbst and

17    Maniscalco.  We represent Gregory Messer.  He

18    is a Chapter 7 bankruptcy trustee of Image

19    Rent A Car, Incorporated, and the Plaintiff

20    in the adversary proceeding which brings us

21    here today.  You are here today pursuant to a

22    third party subpoena in this adversary

23    proceeding.

24              Is this your first time being in a

25    deposition?



1                    CHANA VILENKIN

2        A.   No.

3        Q.   Were you ever authorized to sign any

4   asset purchase agreements on behalf of Image

5   Rent A Car?

6        A.   No.

7        Q.   Were you ever authorized to sign any

8   Department of Motor Vehicle documents on

9   behalf of Image Rent A Car?

10       A.   Yes.

11       Q.   Who authorized you to do that?

12       A.   Schneior.

13       Q.   Schneior Zilberman?

14       A.   Yes.

15       Q.   Who owned Image Rent A Car?

16       A.   I believe Gad Sebag.

17       Q.   Who is Gad Sebag?

18       A.   Schneior's family.

19       Q.   Was Gad Sebag involved in the

20   day-to-day operations of Image Rent A Car?

21       A.   No.

22       Q.   Did you often did you see him at the

23   site of Image Rent A Car?

24       A.   Occasionally.

25       Q.   How often?



55

1               **CHANA VILENKIN**

2          MR. PILEVSKY:  I'm going to mark

3          as exhibit number 9, starting with

4          9, because we previously marked

5          exhibits 1 through 7, I may or may

6          not have exhibit 8.  I'm going to

7          mark this as exhibit 9.

8            (Whereupon, a document was marked

9          as Plaintiff's Exhibit 9 for

10         identification as of this date.)

11    Q.  If you could take a look at this

12  with your counsel and let me know when you

13  are ready for your next question.

14    **A.  Okay.**

15    Q.  Plaintiff's Exhibit 9 is an e-mail

16  from Connie@ImageRentACar.com to

17  DavidLipsker@gmail.com and CCing

18  info@ImageRentAcar.com.  It's dated February

19  15, 2011, which is approximately one month

20  before the date in which Image Rent A Car

21  filed for bankruptcy relief.  Are you

22  familiar with this e-mail?

23    **A.  I don't.**

24    Q.  Have you ever seen this e-mail

25  before?



CHANA VILENKIN

1

2      A.   No.   I'm only seeing it now.

3      Q.   This is your first time seeing this

4   e-mail?

5      A.   Yes.

6      Q.   Did you ever write this e-mail?

7      A.   I don't recall.

8      Q.   Are you aware which provider

9   provides e-mail services for Image Rent A

10  Car?

11     A.   No.

12     Q.   If you look down on the first page,

13  C, "There is another aspect to consider,

14  civil fraud, it's not as bad as criminal

15  fraud.  The court looks to any transactions

16  within the last year prior to filing

17  bankruptcy.  You are proposing moving assets

18  from Image just prior to filing.  That can be

19  interpreted as fraud.  Have to see when it

20  sold Image's assets.  If within the past

21  year, they may reverse those sales so the

22  money is there."  Do you recall writing this?

23     A.   No.

24     Q.   Do you all ever having a

25  conversation with respect to any type of

Reporter's Ink, Corp.  90 John Street - Ste. 411     New York, NY 10038     www.reporters-ink.com
Phone: 646.395.2522     Fax: 212.374.1236


1                   CHANA VILENKIN

2    transfer of moving of assets prior to the

3    filing or Image's bankruptcy?

4         A.  **No.**

5         Q.  Who else had access to

6    Connie@ImageRentACar.com's e-mail address?

7         A.  **I don't know.**

8         Q.  Did you ever speak to Nosson Kopel?

9         A.  **Never heard the name.**

10        Q.  Do you know who Nosson Kopel is?

11        A.  **No.**

12        Q.  F states, "If you want to talk to

13   him he can be reached at the e-mail at

14   Nkopel@comcast.net."  It contains a cell

15   number and telephone number.  Did you ever

16   e-mail Nkopel@comcast.net?

17        A.  **Not that I know of.**

18        Q.  Is it your testimony now that you

19   have no idea what this e-mail is about?

20        A.  **I don't recall this e-mail.  I don't**

21   **know.**

22        Q.  You don't recall this e-mail or you

23   never drafted this e-mail?

24        A.  **I'm surprised to see such an e-mail.**

25        Q.  Is it still your testimony you were



```
 1                    CHANA VILENKIN

 2   not aware that Image was contemplating a

 3   bankruptcy filing before it actually filed?

 4        A.   I don't recall.

 5        Q.   There is an e-mail below dated

 6   February 15, 2011 at 12:28 again from

 7   Connie@ImageRentACar.com, signed off as

 8   thanks C-H-A-N-I-E.   Do you see that?

 9        A.   I see that.

10        Q.   It indicates that Chanie or that you

11   tried to contact Nelson and that Image Rent A

12   Car needs to file for bankruptcy, does this

13   help refresh your recollection?

14        A.   No.

15        Q.   Did you set up the e-mail account

16   Connie@ImageRentACar.com?

17        A.   No.

18        Q.   Did someone else set it up for you?

19        A.   Yes.

20        Q.   Who did?

21        A.   Probably Schneior.

22        Q.   Did Schneior Zilberman give you this

23   e-mail address?

24        A.   Yes.

25        Q.   Do you have any knowledge as to who
```

Reporter's Ink, Corp.   90 John Street - Ste. 411    New York, NY 10038   www.reporters-ink.com
Phone: 646.395.2522    Fax: 212.374.1236



```
 1              CHANA VILENKIN
 2   Schneior contacted for the purpose of forming
 3   Image Rent A Car's e-mail addresses?
 4              MS. ROSENTHAL:  Objection.  If
 5         anyone.
 6      A.  No.
 7      Q.  Who was the recipient of e-mails to
 8   the e-mail address info@ImageRentACar.com?
 9      A.  At one point it was Schneior.  Right
10   now, I don't know.
11      Q.  Do you have any knowledge as to why
12   anybody or yourself would be speaking to
13   David Lipsker or e-mailing David Lipsker
14   about a bankruptcy filing?
15      A.  No.
16   EXAMINATION BY
17   MR. GERSHBURG:
18      Q.  Just a few follow-up questions.  You
19   had testified before that you were unaware of
20   Image Rent A Car filing for bankruptcy, is
21   that correct?
22      A.  Prior.
23      Q.  Prior?
24      A.  Yes.
25      Q.  And you just testified, if I'm
```

**Reporter's Ink, Corp.** 90 John Street · Ste. 411    New York, NY 10038    www.reporters-ink.com
Phone: 646.395.2522    Fax: 212.374.1236



Case 3:10-cv-00617-SC Document 45 Filed 12/23/14 Page 12 of 14
Case 1-11-42390-nhl Doc 123 Filed 05/09/14 Entered 05/09/14 17:56:20

60

CHANA VILENKIN

1

2      correct, that you were surprised to see this

3      e-mail?

4          A.   Yes.

5          Q.   Can you concretely state that you

6      did not write this e-mail?

7          A.   **No.   I don't recall every e-mail I**

8      **ever wrote.   This e-mail doesn't look**

9      **familiar, but I can't say I didn't write it.**

10     **I don't recall.**

11         Q.   Can you state whether or not you

12     wrote this e-mail?

13         A.   **No.**

14         Q.   No, you cannot state for certain?

15         A.   **Right.**

16         Q.   Whether you wrote it?

17         A.   **Right.**

18         Q.   If you did not know of Image's

19     pending bankruptcy, would there be any reason

20     you would send an e-mail like this?

21         A.   **No.**

22         Q.   Do you know if at any time Nosson

23     Kopel represented Image Rent A Car?

24         A.   **No.**

25         Q.   Had you ever met Nosson Kopel prior



```
 1              CHANA VILENKIN

 2           C E R T I F I C A T E

 3

 4         I, MARISA MCMAHON, a shorthand

 5   reporter and Notary Public for and within the

 6   State of New York, do hereby certify:

 7         That the witness(es) whose testimony is

 8   hereinbefore set forth was duly sworn by me,

 9   and the foregoing transcript is a true record

10   of the testimony given by such witness(es).

11         I further certify that I am not related

12   to any of the parties to this action by blood

13   or by marriage and that I am in no way

14   interested in the outcome of this matter.

15

16

17                    MARISA MCMAHON

18

19

20

21

22

23

24

25
```

Reporter's Ink, Corp.  90 John Street - Ste. 411    New York, NY 10038    www.reporters-ink.com
Phone: 646.395.2522    Fax: 212.374.1236



1

2

## CERTIFICATE OF SERVICE

3

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

4
I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is Heath & Steinbeck,

5
LLP, 2500 Broadway, Suite F-125, Santa Monica, California 90404.

6
On December 23, 2014, I served the **DECLARATION OF STEVEN A. HEATH IN SUPPORT OF DEFENDANT GAD SEBAG'S MOTION FOR SUMMARY**

7
**JUDGMENT** on the interested parties in this action:

8
☒   **(BY E-MAIL OR ELECTRONIC TRANSMISSION)**

9
The document was served on the following via The United States District Court –

10
Northern District's CM/ECF electronic transfer system which generates a Notice of Electronic Filing upon the parties, the assigned judge, and any registered user

11
in the case:

12
Karl S. Kronenberger, Esq.

13
Jeffrey M. Rosenfeld, Esq.

Kronenberger Rosenfeld, LLP

14
150 Post Street, Suite 520

15
San Francisco, CA 94108

karl@krinternetlaw.com

16
jeff@krinternetlaw.com

17
*Attorneys for Plaintiff Digby Adler Group, LLC*

18

19
☒   **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of

20
the bar of this Court at whose direction the service was made.

21
Executed on December 23, 2014, here, at Santa Monica, California.

22
*/s/ Steven A. Heath*

23

24

25

26

27

28

---

PROOF OF SERVICE